# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PACKET INTELLIGENCE LLC**<br><br>      **Plaintiff,**<br><br>**v.**<br><br>**NETSCOUT SYSTEMS, INC. ET AL**<br><br><br>      **Defendants.** | **Civil Action No. 2:16-cv-230-JRG**<br><br>**LEAD CASE** |

## NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES

      Defendants Sandvine Corporation and Sandvine Incorporated ULC hereby provide notice that on July 21, 2016, they served their Initial Disclosures upon Plaintiff's counsel of record via electronic mail pursuant to the Court's Docket Control Order [*Dkt. 42*].

DATED: July 21, 2016  Respectfully submitted,

By: */s/ Melissa R. Smith*

Melissa R. Smith
TX Bar No. 24001351
Gillam & Smith LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Melissa@gilliamsmithlaw.com

Abran J. Kean
Colorado State Bar No. 44660
ERISE IP, P.A.
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
Eric A. Buresh
Kansas State Bar No. 19895
Mark C. Lang
Kansas State Bar No. 26185
ERISE IP, P.A.
6201 College Blvd., Suite 300
Overland Park, Kansas 66211
Phone: (913) 777-5600
Facsimile: (913) 777-5601
abran.kean@eriseip.com
eric.buresh@eriseip.com
mark.lang@eriseip.com

***Attorneys for Sandvine Corporation and Sandvine Incorporated ULC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, on this the 21st day of July, 2016.

                                                */s/ Melissa R. Smith*
                                                Melissa R. Smith