**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PACKET INTELLIGENCE LLC § § | |
| v. § § | Case No. 2:16-cv-230- JRG |
| NETSCOUT SYSTEMS, INC., ET AL. § | |

**MINUTES FOR MARKMAN HEARING
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
MARCH 2, 2017**

**OPEN:** 1:03 p.m.                                                                                     **ADJOURN:** 2:17 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| TECHNICAL ADVISOR: | David Keyzer |
| LAW CLERKS: | Matthew Zorn |
| | Eric Dunn |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 1:03 p.m. | Court opened.   Counsel announced ready for hearing. |
| | The Court heard claim construction argument on a claim by claim basis.   Mr. Hartsell argued on behalf of Plaintiff.   Messrs. Buresh and Wofsy argued on behalf of Defendants. |
| 2:17 p.m. | The Court took the matter under submission. Court adjourned. |