# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PACKET INTELLIGENCE LLC | § § | |
| v. | § § | Case No. 2:16-cv-230- JRG |
| NETSCOUT SYSTEMS, INC., ET AL. | § | |

## MINUTES FOR JURY SELECTION
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
## OCTOBER 2, 2017

**OPEN:   9:15 a.m.**                                            **ADJOURN: 12:50 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Eric Dunn<br>Patrick Holvey |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:15 a.m. | Court opened.  Court's instructions to the jury. |
| 9:29 a.m. | Counsel announced ready for hearing.  Messrs. Davis and Lyons introduced co-counsel and their respective clients. |
| 9:30 a.m. | Court's overview of the case and further instructions to the Jury.  Panel members answered nine questions. |
| 9:57 a.m. | Court's further instructions to jury. |
| 10:00 a.m. | Voir dire examination by Mr. Davis. |
| 10:30 a.m. | Voir dire examination by Ms. Smith. |
| 11:05 a.m. | Individual voir dire.  Recess. |
| 11:29 a.m. | Court reconvened.  Jury seated and sworn.  Remainder of panel excused. |
| 11:30 a.m. | Court's instructions to Jury regarding trial schedule. |
| 11:49 am. | Recess. |
| 12:09 p.m. | Court reconvened.  Court's preliminary instructions to Jury. |
| 12:49 p.m. | Jury excused until 8:30 a.m. on October 10, 2017.  Court adjourned. |