# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PACKET INTELLIGENCE LLC | § | |
| | § | |
| v. | § | Case No. 2:16-cv-230- JRG |
| | § | |
| NETSCOUT SYSTEMS, INC., ET AL. | § | |

**MINUTES FOR JURY TRIAL**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**OCTOBER 10, 2017**

**OPEN:** 8:30 a.m.                                                                          **ADJOURN:** 6:31 p.m.

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Eric Dunn<br>Patrick Holvey |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:30 a.m. | Court opened.  Jury returned to courtroom. |
| 8:34 a.m. | Opening statement by Mr. Skiermont for Plaintiff. |
| 9:04 a.m. | Opening statement by Mr. Kraeutler for Defendant. |
| 9:30 a.m. | Bench conference. |
| 9:31 a.m. | Witnesses sworn. Rule invoked. |
| 9:32 a.m. | Bench conference. |
| 9:33 a.m. | Direct examination of Mr. Russell Dietz by Ms. Abdullah. |
| 10:22 a.m. | Recess. |
| 10:42 a.m. | Court reconvened.  Cross examination of Mr. Russell Dietz by Mr. Kraeutler. |
| 11:11 a.m. | Bench conference. |
| 11:12 a.m. | Court's instruction to Jury. |
| 11:13 a.m. | Cross examination of Mr. Russell Dietz by Mr. Kraeutler. |
| 11:18 a.m. | Redirect examination of Mr. Russell Dietz by Ms. Abdullah. |
| 11:42 a.m. | Recross examination of Mr. Russell Dietz by Mr. Kraeutler. |
| 11:48 a.m. | Lunch recess until 12:30 p.m. |
| 12:36 p.m. | Direct examination of Joseph Maixner by Mr. Hartsell. |
| 1:01 p.m. | Cross examination of Joseph Maixner by Mr. Lyons. |
| 1:09 p.m. | Bench conference. |

| TIME | MINUTES |
|---|---|
| 1:32 p.m. | Redirect examination of Mr. Joseph Maixner. |
| 1:33 p.m. | Direct examination of Mr. Brad Brunell by Mr. Davis. |
| 2:06 p.m. | Courtroom sealed.   Direct examination of Mr. Brad Brunell by Mr. Davis. |
| 2:07 p.m. | Courtroom unsealed.   Direct examination of Mr. Brad Brunell by Mr. Davis. |
| 2:09 p.m. | Recess. |
| 2:30 p.m. | Court reconvened.   Cross examination of Mr. Brad Brunell by Mr. Kraeutler. |
| 2:37 p.m. | Bench conference. |
| 2:42 p.m. | Cross examination of Mr. Brad Brunell by Mr. Kraeutler. |
| 2:45 p.m. | Redirect examination of Mr. Brad Brunell by Mr. Davis. |
| 2:46 p.m. | Direct examination of Kevin Christopher Almeroth, Ph.D. by Mr. Skiermont. |
| 4:15 p.m. | Recess. |
| 4:28 p.m. | Direct examination of Kevin Christopher Almeroth, Ph.D. by Mr. Skiermont. |
| 5:04 p.m. | Cross examination of Kevin Christopher Almeroth, Ph.D. by Mr. Lyons. |
| 5:28 p.m. | Parties passed the witness.   Bench conference. |
| 5:29 p.m. | Video deposition of Samir Marwaha. |
| 6:07 p.m. | Video deposition of Colin Lindhal. |
| 6:29 p.m. | Jury excused until 8:30 a.m. |
| 6:31p.m. | Court adjourned. |