# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PACKET INTELLIGENCE LLC | § | |
| | § | |
| v. | § | Case No. 2:16-cv-230- JRG |
| | § | |
| NETSCOUT SYSTEMS, INC., ET AL. | § | |

## MINUTES FOR JURY TRIAL
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
## OCTOBER 11, 2017

**OPEN:** 8:38 a.m.  **ADJOURN:** 6:07 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Eric Dunn<br>Patrick Holvey |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:38 a.m. | Court opened. The Court read into the record the stipulation of the parties concerning witnesses. |
| 8:39 a.m. | Exhibits used prior day read into the record. |
| 8:42 a.m. | Direct examination of Jim Bergman by Mr. Davis. |
| 9:11 a.m. | Bench conference. |
| 9:12 a.m. | Direct examination of Jim Bergman by Mr. Davis. |
| 10:03 a.m. | Recess. |
| 10:21 a.m. | Cross examination of Jim Bergman by Mr. Carr. |
| 10:47 a.m. | Bench conference |
| 10:50 a.m. | Redirect examination of Jim Bergman by Mr. Davis. |
| 10:56 a.m. | Parties passed the witness.   Plaintiff rests. Direct examination of Richard Kenedi by Mr. Kraeutler. |
| 11:13 a.m. | Cross examination of Richard Kenedi by Mr. Davis. |
| 11:16 a.m. | Bench conference.   Cross examination of Richard Kenedi by Mr. Davis. |
| 11:41 a.m. | Redirect examination of Richard Kenedi by Mr. Kraeutler. |
| 11:42 a.m. | Recross examination of Richard Kenedi by Mr. Davis. |
| 11:43 a.m. | The parties' passed the witness. |
| 11:44 a.m. | Recess until 12:30 |

| TIME | MINUTES |
|---|---|
| 12:32 p.m. | Court reconvened. |
| 12:36 p.m. | Direct examination of Heather Broughton by Ms. Smith. |
| 12:46 p.m. | Cross examination of Heather Broughton by Ms. Abdullah. |
| 12:56 p.m. | The parties passed the witness. |
| 12:57 p.m. | Direct examination of Anil Singhal by Mr. Kraeutler. |
| 1:43 p.m. | Bench conference.   Direct examination of Anil Singhal by Mr. Kraeutler. |
| 2:08 p.m. | Recess. |
| 2:26 p.m. | Court reconvened. Hearing outside the presence of the Jury. |
| 2:28 p.m. | Cross examination of Anil Singhal by Mr. Skiermont. |
| 2:43 p.m. | Redirect examination of Anil Singhal by Mr. Skiermont. |
| 2:44 p.m. | Bench conference. |
| 2:45 p.m. | Redirect examination of Anil Singhal by Mr. Skiermont. |
| 2:46 p.m. | The parties passed the witness. |
| 2:47 p.m. | Direct examination of Rajeev Nadkarni by Mr. Hsu-Hoffman. |
| 3:12 p.m. | Parties passed the witness.   Direct examination of Steve Waldbusser by Mr. Lyons. |
| 4:27 p.m. | Recess. |
| 4:42 p.m. | Court reconvened.   Hearing outside the presence of the Jury.   Messrs. Lyons and Skiermont argued. |
| 4:47 p.m. | Jury returned to the courtroom.   Direct examination of Steve Waldbusser by Mr. Lyons. |
| 5:21 p.m. | Bench conference. |
| 5:23 p.m. | Direct examination of Steve Waldbusser by Mr. Lyons. |
| 6:05 p.m. | Bench conference. |
| 6:06 p.m. | Recess.   Jury excused until 8:30 a.m. |
| 6:07 p.m. | Hearing outside the presence of the Jury.   Court adjourned. |