**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PACKET INTELLIGENCE LLC | § | |
| | § | |
| v. | § | Case No. 2:16-cv-230- JRG |
| | § | |
| NETSCOUT SYSTEMS, INC., ET AL. | § | |

**MINUTES FOR JURY TRIAL
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
OCTOBER 12, 2017**

**OPEN:   8:32 a.m.**                                                  **ADJOURN:   6:41 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| | |
| LAW CLERKS: | Eric Dunn<br>Patrick Holvey |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:32 a.m. | Court opened. Exhibits used prior day were read into the record |
| 8:36 a.m. | Jury returned to the courtroom.   Direct examination of Steve Waldbusser by Mr. Lyons. |
| 9:12 a.m. | Cross examination of Steve Waldbusser by Mr. Skiermont. |
| 10:03 a.m. | Recess. |
| 10:20 a.m. | Court reconvened.   Cross examination of Steve Waldbusser by Mr. Skiermont. |
| 10:47 a.m. | Redirect examination of Steve Waldbusser by Mr. Lyons. |
| 11:02 a.m. | Recross examination of Steve Waldbusser by Mr. Skiermont. |
| 11:10 a.m. | Parties passed the witness. |
| 11:11 a.m. | Video deposition of Dov Rosenfeld. |
| 11:39 a.m. | Bench conference. |
| 11:42 a.m. | Video deposition of Michael Ray Ham. |
| 11:50 a.m. | Defendant rests. |
| 11:50 a.m. | Lunch recess. |
| 12:19 p.m. | Court reconvened.   Hearing outside the presence of the jury. Mr. Lyons argued on behalf of Defendant. Mr. Skiermont argued on behalf of Plaintiff. |
| 12:32 p.m. | Recess |

| TIME | MINUTES |
|---|---|
| 12:51 p.m. | Court reconvened.   Hearing outside the presence of the Jury. Court's ruling re issue carried.   Mr. Lyons argued on behalf of Defendant. |
| 12:55 p.m. | Jury returned to the courtroom.   Court's instructions to Jury. |
| 12:56 p.m. | Direct examination of Kevin Almeroth, Ph.D.by Ms. Abdullah. |
| 1:54 p.m. | Cross examination of Kevin Almeroth, Ph. D. by Mr. Lyons. |
| 2:25 p.m. | Redirect examination of Kevin Almeroth, Ph.D. by Ms. Abdullah. |
| 2:29 p.m. | Parties' passed the witness.   Plaintiff rests. |
| 2:31 p.m. | Jury excused. |
| 2:32 p.m. | Hearing outside the presence of the jury |
| 2:36 p.m. | Recess. |
| 2:57 p.m. | Court heard Judgments as a matter of law.   Ms. Abdullah argued for Plaintiff. Mr. Hsu-Hoffman argued on behalf of Defendant.   The Court denied the Motions |
| 3:34 p.m. | Counsel to meet in chambers at 3:45 p.m. |
| 6:31 p.m. | Court reconvened.   Mr. Allgood read exhibits used. Formal charge conference. Messrs. Carr and Hartsell. |
| 6:41 p.m. | Court adjourned. |