# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PACKET INTELLIGENCE LLC | § § | |
| v. | § § | Case No. 2:16-cv-230- JRG |
| NETSCOUT SYSTEMS, INC., ET AL. | § | |

## MINUTES FOR JURY TRIAL/BENCH TRIAL
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
## OCTOBER 13, 2017

**OPEN:** 8:32 a.m.                                                                 **ADJOURN:** 1:58 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Eric Dunn<br>Patrick Holvey |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:32 a.m. | Court opened. Hearing outside the presence of the Jury |
| 8:34 a.m. | Jury returned to the courtroom.  Court's instructions to the Jury. |
| 9:35 a.m. | Closing argument by Mr. Davis. |
| 9:48 a.m. | Closing argument by Mr. Skiermont. |
| 9:57 a.m. | Closing argument by Mr. Kraeutler |
| 10:27 a.m. | Plaintiff's Final Closing argument. |
| 10:31 a.m. | Court's final instructions. |
| 10:36 a.m. | Jury retired to deliberate.  Recess. |
| 10:49 a.m. | Court reconvened.<br>**BENCH TRIAL RE INEQUITABLE CONDUCT.** |
| 10:50 a.m. | Direct examination of Russell Dietz by Mr. Kraeutler. |
| 10:55 a.m. | DX 522 used. |
| 10:59 a.m. | DX 462 used. |
| 11:00 a.m. | DX 464 used. |
| 11:09 a.m. | DX 473 used. |
| 11:20 a.m. | DX 423 used. |

| TIME | MINUTES |
|---|---|
| 11:23 a.m. | Cross examination of Russell Dietz by Mr. Hartsell. |
| 11:31 a.m. | Redirect examination of Russell Dietz by Mr. Kraeutler. |
| 11:32 a.m. | Video deposition of Andrew Koppenhaver shown. |
| 11:34 a.m. | DX 349 used (DX 2 on video). |
| 11:35 a.m. | DX 490 used (DX 3 on video). |
| 11:37 a.m. | DX477 used (DX 10 on video). |
| 11:38 a.m. | DX 500 used (DX 13 on video). |
| 11:40 a.m. | Video deposition of Joseph Maixner shown. |
| 11:48 a.m. | **BENCH TRIAL SUSPENDED** |
| 11:48 a.m. | Jury Note received. |
| 11:49 a.m. | Recess |
| 11:57 a.m. | Messrs. Lyons and Skiermont addressed the proposed exhibits to be sent to the Jury. |
| 12:13 p.m. | Note sent to Jury with exhibits. |
| 12:20 p.m. | Jury returned exhibit PX 160. |
| 12:13 p.m. | **BENCH CONFERENCE RECONVENED.** |
| 12:14 p.m. | Video deposition of Dov Rosenfeld. |
| 12:20 p.m. | Direct examination of Steve Waldbusser by Mr. Lyons. |
| 12:23 p.m. | DX 58 used. |
| 12:24 p.m. | DX 475 used. |
| 12:31 p.m. | The Court carried the objection. |
| 12:32 p.m. | Direct examination of Steve Waldbusser by Mr. Lyons. |
| 12:43 p.m. | DX 105 used. |
| 12:53 p.m. | DX 658 used. |
| 12:59 p.m. | Cross examination of Steve Waldbusser by Ms. Abdullah. |
| 1:00 p.m. | DX 105 used. |
| 1:02 p.m. | Steve Waldbusser report page 19 paragraph 42 used. |
| 1:07 p.m. | PTX 9 used. |
| 1:09 p.m. | DX 253 used. |
| 1:10 p.m. | Redirect examination of Steve Waldusser. |
| 1:11 p.m. | DX 475 used. |
| 1:12 p.m. | Parties passed the witness. Defendant rests. |
| 1:12 p.m. | Direct examination of Kevin Almeroth by Mr. Udick. |
| 1:15 p.m. | Cross examination of Kevin Almeroth by Mr. Udick by Mr. Lyons. |
| 1:16 p.m. | DX 475 used. |
| 1:18 p.m. | Parties passed the witness. Plaintiff rests. |
| 1:19 p.m. | Closing argument by Mr. Lyons. |
| 1:23 p.m. | Closing argument by Ms. Abdullah. |
| 1:28 p.m. | The Court took the matter under submission. |
| 1:46 p.m. | Court reconvened.   Jury Note No. 2 received. |
| 1:48 p.m. | Jury returned to the courtroom. |
| 1:53 p.m. | Court read verdict.   Jury polled confirming a unanimous verdict. |
| 1:58 p.m. | Jury released Court adjourned. |