# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PACKET INTELLIGENCE LLC,<br><br>   Plaintiff,<br>v.<br><br>NETSCOUT SYSTEMS, INC.,<br>TEKTRONIX COMMUNICATIONS, and<br>TEKTRONIX TEXAS, LLC<br><br><br>   Defendants. | Civil Action No. 2:16-CV-00230 |

## PACKET INTELLIGENCE LLC'S TRIAL EXHIBIT LIST

Packet Intelligence v. NetScout Systems, et al. (2:16-cv-230)
Packet Intelligence LLC's Exhibit List to Netscout

| PTX No. | Date | Description | Beg. Bates | End Bates | Defendant | Objections | Offered | Admitted |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/18/2003 | Withdrawn | None | None | Both | None | | |
| 2 | Undated | Withdrawn | PCKTINT-00017177 | PCKTINT-00017872 | Both | None | | |
| 3 | 12/16/2003 | U.S. Patent 6,665,725 | None | None | Both | None | 10/10/2017 | 10/10/2017 |
| 3A | 12/16/2003 | U.S. Patent 6,665,725 | None | None | Both | None | 10/10/2017 | 10/10/2017 |
| 4 | Undated | U.S. Patent 6,665,725 file history | PCKTINT-00016290 | PCKTINT-00016690 | Both | None | 10/11/2017 | 10/11/2017 |
| 5 | 8/3/2004 | Withdrawn | None | None | Both | None | | |
| 6 | Undated | Withdrawn | PCKTINT-00016691 | PCKTINT-00017176 | Both | None | | |
| 7 | 1/4/2005 | U.S. Patent 6,839,751 | None | None | Both | None | 10/10/2017 | 10/10/2017 |
| 7A | 1/4/2005 | U.S. Patent 6,839,751 | None | None | Both | None | 10/10/2017 | 10/10/2017 |
| 8 | Undated | U.S. Patent 6,839,751 file history | PCKTINT-00015230 | PCKTINT-00016289 | Both | None | 10/11/2017 | 10/11/2017 |
| 9 | 10/11/2005 | U.S. Patent 6,954,789 | None | None | Both | None | 10/10/2017 | 10/10/2017 |
| 9A | 10/11/2005 | U.S. Patent 6,954,789 | None | None | Both | None | 10/10/2017 | 10/10/2017 |
| 10 | Undated | U.S. Patent 6,954,789 file history | PCKTINT-00014728 | PCKTINT-00015229 | Both | None | 10/11/2017 | 10/11/2017 |
| 11 | 6/30/1999 | U.S. Provisional Application, No. 60/141,903 | None | None | Both | None | | |
| 12 | 5/8/2000 | Certificate of Incorporation of Apptitude Acquisition Corporation | PCKTINT-00033935 | PCKTINT-00033936 | Both | None | | |
| 13 | 8/11/2000 | Chain of Title (Certificate of Merger of Apptitude, Inc. with Apptitude Acquisition Corporation) | PCKTINT-00033939 | PCKTINT-00033940 | Both | None | | |
| 14 | 8/11/2000 | Apptitude Certificate of Merger filed with Delaware Secretary of State | PI_005032 | PI_005034 | Both | None | | |
| 15 | 9/29/2000 | Certificate of Correction to Correct A Certain Error in the Certificate of Certicate of Merger of Apptitude | PCKTINT-00033937 | PCKTINT-00033938 | Both | None | | |
| 16 | 11/14/2000 | Recordation of Patent Assignment | PCKTINT-00033698 | PCKTINT-00033950 | Both | None | | |
| 17 | | Withdrawn | | | | | | |
| 18 | 1/3/2002 | Apptitude Certificate of Merger signature page | PI_0027345 | PI_0027345 | Both | None | | |
| 19 | 10/23/2002 | Certificate of Ownership and Merger of Subsidiary Into Parent, Apptitude to Hi/fn | PCKTINT-00033944 | PCKTINT-00033949 | Both | None | | |
| 20 | 9/26/2003 | Issue fee transmittal | PI_001176 | PI_001176 | Both | None | | |
| 21 | 2/23/2009 | Agreement and Plan of Merger for Exar and Hi/fn | PCKTINT-00033845 | PCKTINT-00033934 | Both | None | | |
| 22 | 8/16/2012 | Assignment of patents-in-suit from Apptitude to Hi/fn | PCKTINT-00033756 | PCKTINT-00033838 | Both | None | | |
| 23 | 2/1/2013 | Assignment of patents-in-suit from Exar to Packt Intelligence | PCKTINT-00033839 | PCKTINT-00033844 | Both | None | | |
| 24 | | Withdrawn | | | | | | |
| 25 | | Withdrawn | | | | | | |
| 26 | | Withdrawn | | | | | | |
| 27 | | Withdrawn | | | | | | |
| 30 | | Withdrawn | | | | | | |
| 32 | | Withdrawn | | | | | | |
| 35 | | Withdrawn | | | | | | |
| 36 | | Withdrawn | | | | | | |
| 38 | | Withdrawn | | | | | | |
| 41 | | Withdrawn | | | | | | |
| 45 | | Withdrawn | | | | | | |
| 47 | | Withdrawn | | | | | | |
| 49 | | Withdrawn | | | | | | |
| 52 | | Withdrawn | | | | | | |

October 13, 2017

Case 2:16-cv-00230-JRG Document 254 Filed 10/19/17 Page 3 of 10 PageID #: 17454

Packet Intelligence v. NetScout Systems, et al. (2:16-cv-230)
Packet Intelligence LLC's Exhibit List to Netscout

| PTX No. | Date | Description | Beg. Bates | End Bates | Defendant | Objections | Offered | Admitted |
|---|---|---|---|---|---|---|---|---|
| 58 | | Withdrawn | | | | | | |
| 59 | | Withdrawn | | | | | | |
| 60 | | Withdrawn | | | | | | |
| 62 | | Withdrawn | | | | | | |
| 64 | | Withdrawn | | | | | | |
| 65 | | Withdrawn | | | | | | |
| 68 | | Withdrawn | | | | | | |
| 69 | | Withdrawn | | | | | | |
| 70 | | Withdrawn | | | | | | |
| 71 | | Withdrawn | | | | | | |
| 72 | | Withdrawn | | | | | | |
| 73 | | Withdrawn | | | | | | |
| 74 | | Withdrawn | | | | | | |
| 81 | | Withdrawn | | | | | | |
| 82 | | Withdrawn | | | | | | |
| 83 | | Withdrawn | | | | | | |
| 84 | | Withdrawn | | | | | | |
| 85 | | Withdrawn | | | | | | |
| 86 | | Withdrawn | | | | | | |
| 87 | | Withdrawn | | | | | | |
| 88 | | Withdrawn | | | | | | |
| 89 | | Withdrawn | | | | | | |
| 90 | | Withdrawn | | | | | | |
| 91 | | Withdrawn | | | | | | |
| 105 | | Withdrawn | | | | | | |
| 106 | | Withdrawn | | | | | | |
| 107 | | Withdrawn | | | | | | |
| 108 | | Withdrawn | | | | | | |
| 109 | | Withdrawn | | | | | | |
| 110 | | Withdrawn | | | | | | |
| 111 | Undated | NetScout source code, printout from source code review | NETSCOUTCODE_000001 | NETSCOUTCODE_000679 | NS | None | | |
| 116 | 11/16/2007 | Withdrawn | ALMEROTH00000018 | ALMEROTH00000038 | Both | subject to expert stip | | |
| 118 | Undated | Withdrawn | ALMEROTH00000051 | ALMEROTH00000064 | Both | subject to expert stip | | |
| 119 | 1/1/2014 | NetScout Iris Session Analyzer Application DataSheet | ALMEROTH00000065 | ALMEROTH00000067 | NS | None | | |
| 120 | 6/5/2017 | NetScout Iris Analytics Webpage, http://serviceprovider.netscout.com/products/iris-analytics | ALMEROTH00000068 | ALMEROTH00000069 | NS | None | | |
| 121 | 6/5/2017 | NetScout Iris Traffic Analyzer Webpage, http://serviceprovider.netscout.com/products/iris-traffic-analyzer | ALMEROTH00000070 | ALMEROTH00000071 | NS | None | | |
| 122 | 6/5/2017 | NetScout GeoProbe GeoBlade Webpage, http://serviceprovider.netscout.com/products/geoblade | ALMEROTH00000072 | ALMEROTH00000073 | NS | None | | |
| 123 | 3/31/2017 | NetScout Systems, Inc., Form 10-K for year ending 2017 | BERGMAN00000008 | BERGMAN00000114 | NS | None | | |

Case 2:16-cv-00230-JRG   Document 254   Filed 10/19/17   Page 4 of 10 PageID #:  17455

Packet Intelligence v. NetScout Systems, et al. (2:16-cv-230)
Packet Intelligence LLC's Exhibit List to Netscout

| PTX No. | Date | Description | Beg. Bates | End Bates | Defendant | Objections | Offered | Admitted |
|---|---|---|---|---|---|---|---|---|
| 124 | 10/13/2014 | NetScout Announces the Acquisition of the Communications Business of Danaher Corporation Presentation | BERGMAN00000115 | BERGMAN00000133 | NS | None | | |
| 125 | 5/31/2017 | Netscout, "Iris Session Analyzer," 5/31/2017 (http://serviceprovider.netscout.com/products/iris-session-analyzer) | BERGMAN00000160 | BERGMAN00000161 | NS | None | | |
| 126 | 5/30/2017 | Netscout, "Iris Traffic Analyzer," 5/30/2017 (http://serviceprovider.netscout.com/products/iris-traffic-analyzer) | BERGMAN00000162 | BERGMAN00000163 | NS | None | | |
| 127 | 5/30/2017 | Netscout, "Iris Performance Intelligence," 5/30/2017 (http://serviceprovider.netscout.com/products/iris-performance-intelligence) | BERGMAN00000164 | BERGMAN00000165 | NS | None | | |
| 128 | 5/31/2017 | Netscout, "Iris Analytics," 5/31/2017 (http://serviceprovider.netscout.com/products/iris-analytics) | BERGMAN00000166 | BERGMAN00000167 | NS | None | | |
| 129 | 5/30/2017 | Netscout, "GeoProbe GeoBlade," 5/30/2017 (http://serviceprovider.netscout.com/products/geoblade) | BERGMAN00000170 | BERGMAN00000171 | NS | None | | |
| 130 | 5/30/2017 | Withdrawn | BERGMAN00000172 | BERGMAN00000234 | Both | subject to expert stip | | |
| 131 | 5/30/2017 | Withdrawn | BERGMAN00000235 | BERGMAN00000265 | Both | subject to expert stip | | |
| 132 | 5/30/2017 | Withdrawn | BERGMAN00000266 | BERGMAN00000289 | Both | subject to expert stip | | |
| 133 | 12/31/2014 | Withdrawn | BERGMAN00000290 | BERGMAN00000329 | Both | subject to expert stip | | |
| 134 | 5/27/2015 | Withdrawn | BERGMAN00000338 | BERGMAN00000341 | Both | subject to expert stip | | |
| 135 | 8/28/2015 | Withdrawn | BERGMAN00000345 | BERGMAN00000349 | Both | subject to expert stip | | |
| 136 | 1/7/2013 | Withdrawn | BERGMAN00000350 | BERGMAN00000352 | Both | subject to expert stip | | |
| 137 | 5/30/2017 | Withdrawn | BERGMAN00000353 | BERGMAN00000355 | Both | subject to expert stip | | |
| 140 | 8/24/2004 | Withdrawn | BERGMAN00000406 | BERGMAN00000407 | Both | subject to expert stip | | |
| 143 | 6/30/2014 | Withdrawn | BERGMAN00000468 | BERGMAN00000473 | Both | subject to expert stip | | |
| 144 | 1/25/2010 | Withdrawn | BERGMAN00000474 | BERGMAN00000477 | Both | subject to expert stip | | |
| 145 | 5/30/2017 | Withdrawn | BERGMAN00000526 | BERGMAN00000539 | Both | subject to expert stip | | |
| 146 | 1/21/2013 | Withdrawn | BERGMAN00000540 | BERGMAN00000546 | Both | subject to expert stip | | |
| 147 | 11/10/2014 | Withdrawn | BERGMAN00000547 | BERGMAN00000560 | Both | subject to expert stip | | |
| 148 | 7/26/2014 | Withdrawn | BERGMAN00000561 | BERGMAN00000712 | Both | subject to expert stip | | |
| 157 | Undated | Tektronix G10 Probes with 100% RTP Pricing for Customer Presentation | CTL-00184 | CTL-00189 | NS | None | | |
| 158 | Undated | Tektronix Streaming Video A few Quick Facts Presentation | CTL-00393 | CTL-00406 | NS | None | | |
| 159 | 3/1/2013 | Tektronix Multimedia Assurance Presentation | CTL-02098 | CTL-02111 | NS | None | | |
| 160 | 10/1/2014 | TekTronix TekComms Streaming Video Assurance program Overview | CTL-05905 | CTL-05936 | NS | None | 10/11/2017 | 10/11/2017 |
| 161 | Undated | Withdrawn | CTL-09940 | CTL-09943 | NS | | | |
| 162 | 10/31/2000 | U.S. Patent No. 6,141,686 | DEF-PA_001605 | DEF-PA_1630 | Both | None | | |
| 163 | 9/10/2012 | Patent Purchase and Sale Agreement between Exar and Packet Intelligence for the patents-in-suit among other patents and patent applications, fully executed | EXAR000056 | EXAR000079 | Both | None | 10/10/2017 | 10/10/2017 |

Case 2:16-cv-00230-JRG   Document 254   Filed 10/19/17   Page 5 of 10 PageID #:  17456

Packet Intelligence v. NetScout Systems, et al. (2:16-cv-230)
Packet Intelligence LLC's Exhibit List to Netscout

| PTX No. | Date | Description | Beg. Bates | End Bates | Defendant | Objections | Offered | Admitted |
|---|---|---|---|---|---|---|---|---|
| 164 | 10/15/2012 | Accounting memo from Ray Solari and Mark Birsching regarding "Accounting Treatment of the Sale of Certain Hifn Patents" | EXAR000080 | EXAR000101 | Both | None | | |
| 165 | 6/26/2009 | Exar Corporation: Valuation of Certain Assets of Hifn Inc. for SFAS 141R Purposes as of 4/3/2009, Draft, prepared by Duff & Phelps | EXAR000104 | EXAR000178 | Both | None | | |
| 166 | 5/31/2014 | Netscout data sheet, "GeoProbe G10, High Performance Support for High Capacity, High Bandwidth Networks" | NETSCOUT_000003 | NETSCOUT_000005 | NS | None | 10/10/2017 | 10/10/2017 |
| 167 | 1/1/2016 | NetScout data sheet, "Deep Packet Classification" | NETSCOUT_000019 | NETSCOUT_000020 | NS | None | | |
| 168 | Undated | Netscout data sheet "GeoProbe Geoblade" | NETSCOUT_000024 | NETSCOUT_000026 | NS | None | 10/10/2017 | 10/10/2017 |
| 169 | Undated | Presentation slide depicting integration betwee Iris probe and NG application (IRIS Probe, Iris Server, and Client Machine) | NETSCOUT_000035 | NETSCOUT_000035 | NS | None | 10/10/2017 | 10/10/2017 |
| 170 | 12/31/2008 | Netscout, "NGIC -Classification -ASD" an overview of the front -end classification and filtering component of the Iris Interface Card.  "architecture specification for the classification on the Ezchip." | NETSCOUT_000038 | NETSCOUT_000041 | NS | None | 10/10/2017 | 10/10/2017 |
| 171 | 12/31/2008 | Netscout, "TOPmodify," overview | NETSCOUT_000042 | NETSCOUT_000044 | NS | None | | |
| 172 | 12/31/2008 | Netscout, "TOPsearch I," overview | NETSCOUT_000049 | NETSCOUT_000053 | NS | None | | |
| 173 | 2/11/2009 | Tektronix source code: Avenger_PRS.asm | NETSCOUT_004946 | NETSCOUT_005193 | NS | None | 10/10/2017 | 10/10/2017 |
| 174 | 6/12/2009 | Tektronix source code: Avenger_RSV.asm | NETSCOUT_005194 | NETSCOUT_005274 | NS | None | | |
| 175 | Undated | Source Code re: INTRUDER2_PRS_UDP_H | NETSCOUT_005386 | NETSCOUT_005404 | NS | None | | |
| 176 | Undated | Source Code re: INTRUDER2_PRS_WAP_H | NETSCOUT_005405 | NETSCOUT_005410 | NS | None | | |
| 177 | Undated | Source Code re: INTRUDER2_PRS_RTP_RTCP_H | NETSCOUT_005444 | NETSCOUT_005449 | NS | None | | |
| 178 | Undated | Source Code re: PRS_DPI_SCAN_H | NETSCOUT_005450 | NETSCOUT_005474 | NS | None | | |
| 179 | Undated | Source Code re: PRS_SIP_H | NETSCOUT_005477 | NETSCOUT_005478 | NS | None | | |
| 180 | Undated | Source Code re: INTRUDER2_PRS_IPV4_H | NETSCOUT_005520 | NETSCOUT_005527 | NS | None | | |
| 181 | Undated | Source Code re: INTRUDER2_PRS_IPV6_H | NETSCOUT_005528 | NETSCOUT_005540 | NS | None | | |
| 182 | Undated | Source Code re: PRS_STUN_H | NETSCOUT_005541 | NETSCOUT_005542 | NS | None | | |
| 183 | Undated | Source Code re: PRS_TCP_H | NETSCOUT_005543 | NETSCOUT_005546 | NS | None | | |
| 184 | Undated | Source Code re: C_MSGS_H | NETSCOUT_005745 | NETSCOUT_005751 | NS | None | | |
| 185 | 10/16/1999 | Email from Russ Dietz to massadb@netscout.com, et al. RE: Application Monitoring MIB | NETSCOUT_005756 | NETSCOUT_005761 | Both | None | 10/10/2017 | 10/10/2017 |
| 186 | 2/3/2000 | Email from Russ Dietz to Andy Bierman, et al. RE: FW: Transport Metrics MIB | NETSCOUT_005762 | NETSCOUT_005763 | Both | None | 10/10/2017 | 10/10/2017 |
| 187 | 4/8/2015 | Netscout press release, "Tektronix Communications Expands GeoProbe Family" from http://serviceprovider.netscout.com/print/3546 | NETSCOUT_006577 | NETSCOUT_006578 | NS | None | | |
| 188 | Undated | GeoProbe G10 description | NETSCOUT_006579 | NETSCOUT_006580 | NS | None | | |
| 189 | 6/20/2014 | Powerpoint, Tektronix, "Probe Evolution Introduction" | NETSCOUT_006734 | NETSCOUT_006801 | NS | None | 10/10/2017 | 10/10/2017 |
| 190 | 3/31/2016 | NetScout 2016 Annual Report on Form 10-K | NETSCOUT_007052 | NETSCOUT_007153 | NS | None | 10/10/2017 | 10/10/2017 |
| 191 | 11/30/2016 | Spreadsheet, Netscout US NM Product Revenue of Accused Products from July 2015 to June 2016 | NETSCOUT_007154 | NETSCOUT_007154 | NS | None | 10/10/2017 | 10/10/2017 |
| 192 | 7/29/2016 | GeoBlade Hardware Installation Guide | NETSCOUT_007379 | NETSCOUT_007497 | NS | None | | |
| 193 | 7/29/2016 | GeoBlade Hardware Maintenance Guide | NETSCOUT_007498 | NETSCOUT_007610 | NS | None | | |

Packet Intelligence v. NetScout Systems, et al. (2:16-cv-230)
Packet Intelligence LLC's Exhibit List to Netscout

| PTX No. | Date | Description | Beg. Bates | End Bates | Defendant | Objections | Offered | Admitted |
|---|---|---|---|---|---|---|---|---|
| 194 | 7/29/2016 | GeoBlade Hardware Maintenance Guide | NETSCOUT_007611 | NETSCOUT_007721 | NS | None | | |
| 195 | Undated | Network Management User Documentation Maintenance Guide | NETSCOUT_007722 | NETSCOUT_007855 | NS | None | | |
| 196 | 6/26/2015 | Netscout Iris Operations, administration and maintenance guide software version 7.15.1 | NETSCOUT_007856 | NETSCOUT_008197 | NS | None | | |
| 197 | 7/29/2016 | Netscout Iris Operations, administration and maintenance guide software version 7.16.1 | NETSCOUT_008198 | NETSCOUT_008584 | NS | None | | |
| 198 | 1/12/2009 | Tektronix source code: fsb.c - defines flow state block that is used to track flows | NETSCOUT_008994 | NETSCOUT_009191 | NS | None | 10/10/2017 | 10/10/2017 |
| 199 | 2/2/2009 | Source code | NETSCOUT_009248 | NETSCOUT_009383 | NS | None | | |
| 200 | Undated | Source code | NETSCOUT_009452 | NETSCOUT_009520 | NS | None | 10/10/2017 | 10/10/2017 |
| 201 | Undated | Source code | NETSCOUT_009521 | NETSCOUT_009540 | NS | None | 10/10/2017 | 10/10/2017 |
| 202 | 11/22/2013 | Tektronix source code: FSPP_G10.c - Platform independent packet processing code for G10 only | NETSCOUT_010109 | NETSCOUT_010120 | NS | None | 10/10/2017 | 10/10/2017 |
| 203 | 11/22/2013 | Tektronix source code: FSPP_G500.c - Platform independent packet processing code for G500 only | NETSCOUT_010121 | NETSCOUT_010169 | NS | None | 10/10/2017 | 10/10/2017 |
| 204 | 1/12/2009 | Source code | NETSCOUT_010239 | NETSCOUT_010265 | NS | None | | |
| 205 | 4/10/2009 | Source code | NETSCOUT_010266 | NETSCOUT_010266 | NS | None | | |
| 206 | 1/19/2009 | Tektronix source code: fsb.h - that "defines the Flow State Block Data structure used to store generic flow state" | NETSCOUT_010347 | NETSCOUT_010419 *GOES TO 10120* | NS | None | | |
| 207 | 12/31/2012 | Tektronix source code: HfaCsdLookup.h - "A few helpers to discover what HFA did matched" | NETSCOUT_010421 | NETSCOUT_010423 | NS | None | | |
| 208 | 12/27/2012 | Source code | NETSCOUT_012490 | NETSCOUT_012502 | NS | None | | |
| 209 | 12/31/2012 | Tektronix source code: Plist configuration parser for the HFA (imon/PatternKey.h) | NETSCOUT_012534 | NETSCOUT_012545 | NS | None | | |
| 210 | 1/28/2009 | Source code | NETSCOUT_012601 | NETSCOUT_012642 | NS | None | 10/10/2017 | 10/10/2017 |
| 211 | 10/13/2016 | Powerpoint, Netscout, "Service Assurance Financial Overview, CFO Review" | NETSCOUT_012926 | NETSCOUT_012935 | NS | None | | |
| 212 | Undated | Tektronix, "Network Management, User Documentation, Software Version 7.10.1, G10 Installation Guide" | NETSCOUT_012984 | NETSCOUT_013057 | NS | None | 10/10/2017 | 10/10/2017 |
| 213 | 2/10/2009 | Tektronix, "Product Requirements Document, Iris Gn XDRs," v 0.3 | NETSCOUT_013058 | NETSCOUT_013076 | NS | None | 10/10/2017 | 10/10/2017 |
| 214 | 1/1/2016 | Netscout data sheet, "Data Enablement" | NETSCOUT_013645 | NETSCOUT_013647 | NS | None | | |
| 215 | 11/30/2016 | Spreadsheet, Netscout US NM Product Revenue of Accused Products from December 2010 to June 2015 | NETSCOUT_015003 | NETSCOUT_015003 | Both | None | 10/10/2017 | 10/10/2017 |
| 216 | 4/17/2016 | NAVL 4.x API Guide | NETSCOUT_015903 | NETSCOUT_015940 | Both | None | | |
| 217 | 2/7/2013 | Amendment 1 to Software Integration License Agreement between Vineyard Networks and Procera Networks, fully executed | NETSCOUT_015963 | NETSCOUT_015966 | Both | None | | |
| 218 | 11/26/2013 | Amendment 2 to Software Integration License Agreement between Vineyard Networks and Procera Networks, fully executed | NETSCOUT_015982 | NETSCOUT_015983 | Both | None | | |
| 219 | 9/29/2011 | Software Integration License Agreement between Vineyard Networks and Tektronix, fully executed | NETSCOUT_015985 | NETSCOUT_016008 | Both | None | | |

Packet Intelligence v. NetScout Systems, et al. (2:16-cv-230)
Packet Intelligence LLC's Exhibit List to Netscout

| PTX No. | Date | Description | Beg. Bates | End Bates | Defendant | Objections | Offered | Admitted |
|---|---|---|---|---|---|---|---|---|
| 220 | Undated | An API definition between the probing element and the call trace application, "G10 Flow Summary Transport Layer Info" | NETSCOUT_017630 | NETSCOUT_017637 | NS | None | | |
| 221 | Undated | RTSP Architecture | NETSCOUT_017649 | NETSCOUT_017657 | NS | None | | |
| 222 | Undated | RTSP Design | NETSCOUT_017658 | NETSCOUT_017664 | NS | None | | |
| 223 | 12/31/2009 | Netscout, "Flow Records Format" description | NETSCOUT_017741 | NETSCOUT_017765 | NS | None | 10/10/2017 | 10/10/2017 |
| 224 | Undated | AAC and DPC | NETSCOUT_017791 | NETSCOUT_017827 | NS | None | | |
| 225 | Undated | Network Management System Compliance Document GeoProbe G10 Software version 7.10.1 | NETSCOUT_018109 | NETSCOUT_018121 | NS | None | | |
| 226 | 1/29/2010 | Tektronix Bid No 11039, "Customer: Network Probe Monitoring Solution Description" | NETSCOUT_018191 | NETSCOUT_018201 | NS | None | 10/10/2017 | 10/10/2017 |
| 227 | 12/7/2009 | Network Management System Compliance Document GeoProbe G10 Software version 7.9.3 | NETSCOUT_018497 | NETSCOUT_018509 | NS | None | | |
| 228 | Undated | G10 Installation Guide | NETSCOUT_018738 | NETSCOUT_018801 | NS | None | 10/10/2017 | 10/10/2017 |
| 229 | Undated | G10 Harware maintenance guide | NETSCOUT_019417 | NETSCOUT_019518 | NS | None | | |
| 230 | 12/31/2010 | Tektronix, "Teknowledge, Customer Training Catalog" | NETSCOUT_019519 | NETSCOUT_019558 | NS | None | 10/10/2017 | 10/10/2017 |
| 231 | Undated | Iris network intelligence solution administrator guide | NETSCOUT_019559 | NETSCOUT_019645 | NS | None | | |
| 232 | 12/21/2012 | Tektronix, "Tektronix Response to Customer Geo Location RFP 20121106.004.P" Tekcomms Bid No. Q-27909-1 | NETSCOUT_019686 | NETSCOUT_019731 | NS | None | | |
| 233 | Undated | DataCast systems features document | NETSCOUT_019859 | NETSCOUT_019903 | NS | None | | |
| 234 | 12/31/2012 | Tektronix, "Iris Network Intelligence Solution, Getting Started Guide," Software Version 7.12.2 | NETSCOUT_019987 | NETSCOUT_020052 | NS | None | 10/10/2017 | 10/10/2017 |
| 235 | Undated | Tektronix, "Iris Operations, administration and maintenance guide version 7.12.2" | NETSCOUT_020053 | NETSCOUT_020237 | NS | None | | |
| 236 | Undated | Tektronix, "Iris Session Analyzer, System Features Document, Software Version 7.12.2" | NETSCOUT_020374 | NETSCOUT_020441 | NS | None | | |
| 237 | 2/1/2012 | Tektronix, "Iris Performance Intelligence, KPI Algorithims for Gn/Gi" Document Version 3.2, Based on IPI Software 7.13.3 | NETSCOUT_020472 | NETSCOUT_020505 | NS | None | | |
| 238 | 6/1/2014 | Iris Performance Intelligence Media KPI Algorithms | NETSCOUT_020667 | NETSCOUT_020806 | NS | None | | |
| 239 | 6/9/2014 | Customer Virtualized Probe Monitoring Solution (VPMS) Survey | NETSCOUT_021346 | NETSCOUT_021370 | NS | None | 10/11/2017 | 10/11/2017 |
| 240 | 11/1/2013 | Tektronix, "TekCare Service and Support Program" providing description of maintenance packages | NETSCOUT_021781 | NETSCOUT_021801 | NS | None | | |
| 241 | 5/22/2012 | Iris Session Analyzer | NETSCOUT_021865 | NETSCOUT_021932 | NS | None | | |
| 242 | Undated | Iris Performance Intelligence: System Features Document | NETSCOUT_022090 | NETSCOUT_022277 | NS | None | | |
| 243 | Undated | Iris Session Analyzer: System Features Document | NETSCOUT_022278 | NETSCOUT_022338 | NS | None | | |
| 244 | 10/12/2012 | Letter from Tektronix to Customer Re; GeoProbe/Iris Network Management System | NETSCOUT_022452 | NETSCOUT_022468 | NS | None | | |
| 245 | Undated | Unified Assurance: System Features Document, DataCast Mediation | NETSCOUT_022812 | NETSCOUT_022849 | NS | None | | |
| 246 | Undated | IPI/ITA System Compliance Document | NETSCOUT_023216 | NETSCOUT_023243 | NS | None | | |
| 247 | Undated | Iris Session Analyzer System Compliance Document | NETSCOUT_023244 | NETSCOUT_023265 | NS | None | | |
| 248 | Undated | GeoProbe G10 | NETSCOUT_023381 | NETSCOUT_023280 | NS | None | 10/10/2017 | 10/10/2017 |

Case 2:16-cv-00230-JRG   Document 254   Filed 10/19/17   Page 8 of 10 PageID #: 17459

Packet Intelligence v. NetScout Systems, et al. (2:16-cv-230)
Packet Intelligence LLC's Exhibit List to Netscout

| PTX No. | Date | Description | Beg. Bates | End Bates | Defendant | Objections | Offered | Admitted |
|---|---|---|---|---|---|---|---|---|
| 249 | Undated | Iris Performance Intelligence: System Features Document | NETSCOUT_023415 | NETSCOUT_023619 | NS | None | | |
| 250 | Undated | Tektronix, "Iris Session Analyzer, System Features Document, Software Version 7.12.2" | NETSCOUT_023620 | NETSCOUT_023687 | NS | None | | |
| 251 | Undated | Iris Traffic Analyzer: System Features Document | NETSCOUT_023688 | NETSCOUT_023793 | NS | None | | |
| 252 | Undated | Protocol Analyzer | NETSCOUT_023794 | NETSCOUT_023848 | NS | None | | |
| 253 | Undated | Network Management: System Features Document, GeoProbe G10 | NETSCOUT_024683 | NETSCOUT_024683 | NS | None | | |
| 254 | Undated | Network Management: User Documentation, Iris Session Analyzer System Compliance Document | NETSCOUT_025227 | NETSCOUT_025248 | NS | None | | |
| 255 | Undated | Iris Session Analyzer: MPC Rules SCD | NETSCOUT_025271 | NETSCOUT_025355 | NS | None | | |
| 256 | Undated | GeoProbe G10 | NETSCOUT_025495 | NETSCOUT_025541 | NS | None | | |
| 257 | Undated | Iris Performance Intelligence System Features Document | NETSCOUT_025542 | NETSCOUT_025754 | NS | None | | |
| 258 | 7/1/2013 | Tektronix, "Supply & Service Agreement (US only)" | NETSCOUT_026008 | NETSCOUT_026060 | NS | None | | |
| 259 | Undated | G10 Probe: System Features Document | NETSCOUT_028195 | NETSCOUT_028244 | NS | None | | |
| 260 | 6/26/2015 | Iris VoIP/IMS Solution: System Features Document | NETSCOUT_028655 | NETSCOUT_028686 | NS | None | | |
| 261 | Undated | Iris Traffic Analyzer | NETSCOUT_034438 | NETSCOUT_034441 | NS | None | | |
| 262 | Undated | Iris Session Analyzer | NETSCOUT_034442 | NETSCOUT_034445 | NS | None | | |
| 263 | Undated | Protocol Analyzer | NETSCOUT_034446 | NETSCOUT_034449 | NS | None | | |
| 264 | Undated | Tektronix IPI/ITA System Compliance Document Version 7.13.1 | NETSCOUT_035230 | NETSCOUT_035256 | NS | None | | |
| 265 | 8/1/2012 | Powerpoint "Executive Briefing" Reseach report " Netscout market assessment of the IP probe monitoring market opportunity | NETSCOUT_100434 | NETSCOUT_100505 | NS | None | 10/11/2017 | 10/11/2017 |
| 266 | 5/20/2015 | Spreadsheet, "Netscout Bank Model 5-20-15 (FY2015 Actuals) | NETSCOUT_106262 | NETSCOUT_106263 | NS | None | 10/11/2017 | 10/11/2017 |
| 267 | Undated | Powerpoint, Netscout, G10 and Geoblade Overview | NETSCOUT_108638 | NETSCOUT_108687 | NS | None | 10/10/2017 | 10/10/2017 |
| 268 | Undated | Powerpoint, TekComms - Voice Pricimg | NETSCOUT_135502 | NETSCOUT_133510 | NS | None | | |
| 269 | 7/15/2015 | Solution Proposal for Customer Voice and Data Monitoring | NETSCOUT_162979 | NETSCOUT_163096 *STOPS AT NETSCOUT_163075* | NS | None | | |
| 270 | 12/31/2011 | Netscout, "Application and Classification Detection" description | NETSCOUT_197413 | NETSCOUT_197431 | NS | None | | |
| 271 | 12/31/2011 | Netscout, "IIC DPC Architecture" description | NETSCOUT_197441 | NETSCOUT_197461 | NS | None | | |
| 272 | 9/8/2016 | Email from Yu Wang to John Curtin, et al., re FW: Investigation for IS-NG 2.0 | NETSCOUT_236238 | NETSCOUT_236240 | NS | None | | |
| 273 | 6/30/2016 | Spreadsheet, Sales Force raw data U.S. revenue from July 2015 to June 2016 (sheet 1) | NETSCOUT_247567 | NETSCOUT_247567 | NS | None | 10/10/2017 | 10/10/2017 |
| 274 | 7/31/2015 | Spreadsheet, Sales Force raw data U.S. revenue from December 2010 to July 2015 (sheet 2) | NETSCOUT_247567 | NETSCOUT_247567 | NS | None | 10/10/2017 | 10/10/2017 |
| 275 | Undated | Source code | NETSCOUT_247589 | NETSCOUT_247589 | NS | None | | |
| 276 | Undated | HTTP Support on Avenger overview | NETSCOUT_247736 | NETSCOUT_247740 | NS | None | | |
| 277 | Undated | Source code | NETSCOUT_249489 | NETSCOUT_249489 | NS | None | | |
| 278 | Undated | Source code | NETSCOUT_249490 | NETSCOUT_249490 | NS | None | 10/10/2017 | 10/10/2017 |
| 279 | Undated | Porting EzChip Functionality | NETSCOUT_249765 | NETSCOUT_249765 | NS | None | 10/10/2017 | 10/10/2017 |

Case 2:16-cv-00230-JRG Document 254 Filed 10/19/17 Page 9 of 10 PageID #: 17460

Packet Intelligence v. NetScout Systems, et al. (2:16-cv-230)
Packet Intelligence LLC's Exhibit List to Netscout

| PTX No. | Date | Description | Beg. Bates | End Bates | Defendant | Objections | Offered | Admitted |
|---|---|---|---|---|---|---|---|---|
| 280 | 1/15/2013 | Ivershen, Tektronix, Network Management, Subscriber Web Page Download Time Estimation in Passive Monitoring Systems white paper, v 1.3 | NETSCOUT_251108 | NETSCOUT_251125 | NS | None | 10/10/2017 | 10/10/2017 |
| 281 | Undated | F-03961 Full URL: xDR Enhancement, Support for 450 bytes length | NETSCOUT_251202 | NETSCOUT_251221 | NS | None | | |
| 282 | 3/31/2017 | Spreadsheet, Summary of standard costs of sales, for the accused products from December 2010 through March 2017 | NETSCOUT_251225 | NETSCOUT_251225 | NS | None | 10/10/2017 | 10/10/2017 |
| 285 | | Withdrawn | | | | | | |
| 286 | | Withdrawn | | | | | | |
| 287 | 5/24/2017 | IETF web page, "IPR Search" | None | None | NS | None | | |
| 288 | 5/24/2017 | IETF web page, "NetScout" | None | None | NS | None | | |
| 289 | 5/24/2017 | IETF web page, "Frontier" | None | None | NS | None | | |
| 290 | 5/24/2017 | IETF web page, "Tektronix" | None | None | NS | None | | |
| 291 | | Withdrawn | | | | | | |
| 292 | 10/7/2008 | Withdrawn | None | None | Both | | | |
| 293 | 10/31/2013 | withdrawn | None | None | Both | Off list, subject to expert stipulation | | |
| 294 | 10/31/2016 | withdrawn | None | None | Both | Off list, subject to expert stipulation | | |
| 295 | 12/14/2015 | withdrawn | None | None | Both | Off list, subject to expert stipulation | | |
| 296 | 1/21/2013 | Patent Assignment From Exar to Packet Intelligence | PCKTINT-00003430 | PCKTINT-00003433 | Both | None | | |
| 297 | 9/10/2012 | Patent Purchase and Sale Agreement with Exar | PCKTINT-00003442 | PCKTINT-00003453 | Both | None | | |
| 298 | 10/24/2012 | Packet-Exar Patent License Agreement, executed by Ron Moore | PCKTINT-00017878 | PCKTINT-00017881 | Both | None | | |
| 299 | 9/10/2012 | Patent Purchase and Sale Agreement Between Exar and Packet Intelligence for the patents-in-suit among other patents and patent applications, fully executed | PCKTINT-00020552 | PCKTINT-00020563 | Both | None | | |
| 300 | Undated | Packet-Exar Patent License Agreement between Packet Intelligence and Exar Corp. | PCKTINT-00022054 | PCKTINT-00022057 | Both | None | | |
| 301 | 3/4/2014 | Covenant Not to Sue and Release document between Packet Intelligence and Huawei, fully executed | PCKTINT-00025483 | PCKTINT- 00025493 | Both | None | 10/10/2017 | 10/10/2017 |
| 303 | 8/27/2009 | Patent Assignments | PCKTINT-00033739 | PCKTINT-00033745 | Both | None | | |
| 314 | 2/1/2015 | Tektronix Deep Packet Classification | PCKTINT-00034712 | PCKTINT-00034714 | NS | None | | |
| 315 | 12/1/2014 | Tektronix GeoBlade Datasheet | PCKTINT-00034715 | PCKTINT-00034717 | NS | None | 10/10/2017 | 10/10/2017 |
| 316 | 5/1/2014 | GeoProbe G10 Datasheet | PCKTINT-00034719 | PCKTINT-00034721 | NS | None | | |
| 317 | 4/1/2008 | Tektronix GeoProbe MobileVideo | PCKTINT-00034723 | PCKTINT-00034724 | NS | None | | |
| 318 | 1/26/2016 | Tektronix GeoProbe Webpage | PCKTINT-00034726 | PCKTINT-00034727 | NS | None | | |
| 319 | 1/26/2016 | Tektronix GeoBlade Webpage | PCKTINT-00034800 | PCKTINT-00034801 | NS | None | | |
| 320 | 2/20/2015 | Settlement and license agreement between Cisco Systems and Packet Intelligence, fully executed | PCKTINT-00034901 | PCKTINT-00034921 | Both | None | 10/10/2017 | 10/10/2017 |
| 321 | 11/2/2016 | Email From B. Brunell to Packet Intelligence Counsel providing the Huawei Settlement Agreement and Revenue Declaration | PCKTINT-00072091 | PCKTINT-00072105 | Both | None | | |

Packet Intelligence v. NetScout Systems, et al. (2:16-cv-230)
Packet Intelligence LLC's Exhibit List to Netscout

| PTX No. | Date | Description | Beg. Bates | End Bates | Defendant | Objections | Offered | Admitted |
|---|---|---|---|---|---|---|---|---|
| 322 | Undated | Vineyard Networks' Network Application Visibility Layer API Document v2.7 | PROCERA00001 | PROCERA00017 | Both | A | | |
| 323 | Undated | Vineyard Networks' Network Application Visibility Layer: NAVL 2.7 - Developer Guide | PROCERA00018 | PROCERA00029 | Both | A | | |
| 324 | Undated | Powerpoint, "NAVL Architecture" | PROCERA00057 | PROCERA00078 | Both | A | | |
| 325 | Undated | NAVL Architecture Overview | PROCERA00079 | PROCERA00086 | Both | A | | |
| 344 | Undated | withdrawn | SANDVINE0004311 | SANDVINE0004381 | Both | subject to expert stip | | |
| 363 | Undated | withdrawn | SANDVINE0023888 | SANDVINE0023903 | Both | subject to expert stip | | |
| 390 | 9/1/2011 | withdrawn | SANDVINE1850157 | SANDVINE1850245 | Both | subject to expert stip | | |
| 399 | | Withdrawn | | | | | | |
| 400 | | Withdrawn | | | | | | |
| 401 | | Withdrawn | | | | | | |
| 402 | | Withdrawn | | | | | | |
| 403 | | Withdrawn | | | | | | |
| 404 | | Withdrawn | | | | | | |
| 405 | | Withdrawn | | | | | | |
| 406 | 10/31/2000 | Withdrawn | DEF-PA_001605 | DEF-PA_001630 | NS | | | |
| 407 | 10/16/1999 | Email from Russ Dietz to massadb@netscout.com, et al. RE: Application Monitoring MIB | NETSCOUT_005756 | NETSCOUT_005761 | NS | None | | |
| 408 | 7/8/2003 | Email from Horne to Maixner re FW: Please Rely Quickly -- MFC Billing Pitch fwd Hifn powerpoint "Meterflow C-code: Applications in IP Mediation and Billing" | PCKTINT-MAIXNER-00394472 | PCKTINT-MAIXNER-00394488 | NS | None | | |
| 409 | | Withdrawn | | | | | | |
| 412 | 10/1/2014 | GeoBlade marketing presentation | NETSCOUT 013725 | NETSCOUT 013754 | NS | | 10/10/2017 | 10/10/2017 |
| 413 | 2/13/2017 | Netscout.com "Our Company" | None | None | NS | | 10/10/2017 | 10/10/2017 |
| 414 | 9/00/2010 | Tektronix Communications, Comunications and Enterprise Group, "Strategic Plan FY2011 - FY2013" | NETSCOUT_036135 | NETSCOUT_036164 | NS | | 10/10/2017 | 10/10/2017 |
| 415 | 7/31/2014 | Danaher, Project Red Sox | NETSCOUT_112052 | NETSCOUT_112095 | NS | | | |