IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| Packet Intelligence LLC v. NetScout Systems, Inc., et al. | CASE NO. 2:16-CV-00230-JRG | THE HONORABLE JUDGE RODNEY GILSTRAP Judge Presiding Jury Trial/Hearing Date(s): Oct. 10 – 13, 2017 |
|---|---|---|
| Plaintiff's Attorney: Paul Skiermont | Defendants' Attorney: Eric Kraeutler | Court Reporter: Shelly Holmes Courtroom Deputy: Jan Lockhart Clerk: Eric Dunn |

### NETSCOUT SYSTEMS, INC.'S FINAL TRIAL EXHIBIT LIST

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0002 | | Exar Corporation Response to Document Requests 3 and 20 (75 pp.) | EXAR000104 | EXAR000178 | | |
| DX0003 | 09/10/12 | Patent Purchase and Sale Agreement between Exar and Packet Intelligence, 9-10-2012 (23 pp.) | EXAR00056 | EXAR000079 | | |
| DX0004 | | Exar Corporation MeterFlow and MeterWorks Invoices 11-05-09 to 1-30-17 (3 pp.) * [SEALED] | EXAR000272 | EXAR000274 | 10/12 | HAM |
| DX0005 | | Accounting Memo from Ray Solari to Mark Birsching - Draft, 10-15-2012 (22 pp.) | EXAR000080 | EXAR000101 | | |
| DX0013 | | NetScout Manager Plus & Server Administrator Guide | NETSCOUT_000232 | NETSCOUT_000386 | | |

* Lodged under seal pursuant to Protective Order.

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0015 | | NetScout Manager Plus & NetScout Server Administrator Guide | NETSCOUT_000387 | NETSCOUT_000682 | | |
| DX0016 | | U.S. Patent No. 9,544,182 | | | | |
| DX0017 | | U.S. Patent No. 6,954,789 | | | | |
| DX0018 | 10/09/14 | Packet Intelligence LLC Disclosure of Asserted Claims and Preliminary Infringement Contentions | PCKTINT-00072154 | PCKTINT-00072937 | | |
| DX0019 | | NetScout Manager Plus & NetScout Server Administrator Guide (Copy Produced as NETSCOUT_000387 to NETSCOUT_000682) | | | | |
| DX0020 | | Bloomberg Printout 35 (Re: Markets, Anil 2 Singhal) | | | | |
| DX0022 | | Article: NetScout Challenges Baseless Patent Claims from Packet Intelligence 7 (4/5/2017) | | | | |
| DX0023 | | 2016 NetScout Investor Letter From The President | | | | |
| DX0024 | | Article: NetScout acquisitions boost service assurance (10/15/2015) | | | | |
| DX0025 | 01/22/15 | NetScout Systems, Inc. Third Quarter Fiscal Year 2015 Financial Results Conference Call - Management's Prepared Remarks | | | | |
| DX0026 | 01/19/15 | E-mail; Management's Prepared Remarks; A. Kramer: Safe Harbor Statement and Other Details | | | | |
| DX0027 | 08/04/15 | NetScout, Investor Day 2015 | NETSCOUT_108329 | NETSCOUT_108340 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0028 | 11/17/14 | Email from M. Szabados to A. Singhal attaching Q-Narrative.R3.docx | NETSCOUT_120294 | NETSCOUT_120300 | | |
| DX0029 | | Red Sox Project | NETSCOUT_120295 | | | |
| DX0030 | | Bank Model; Assumptions; Forecast; Bridge; Cash Position Buyback | NETSCOUT_120344 | NETSCOUT_121345 | | |
| DX0031 | 01/14/15 | Email from A. Singhal to R. Kenedi; K. Keough regarding Presentation | NETSCOUT_122119 | NETSCOUT_122137 | | |
| DX0032 | 08/15/14 | Email from A. Singhal to L. Culp regarding NetScout- Project RedSox | NETSCOUT_118657 | NETSCOUT_118666 | | |
| DX0033 | | Email from A. Singhal to J. Bua, A. Kramer | NETSCOUT_120948 | | | |
| DX0034 | 12/09/14 | NetScout Investor Presentaion; Notes for Fireside Q/A and 1:1 Meetings | NETSCOUT_120949 | NETSCOUT_120961 | | |
| DX0035 | 10/13/14 | Email from K. Keough to A. Singhal regarding McKinsey Report | NETSCOUT_179317 | NETSCOUT_179317 | | |
| DX0042 | 10/16/99 | Email from R. Dietz to massadb@netscout.com, abierman@cisco.com RE: Application Monitoring MIB | NETSCOUT_005756 | NETSCOUT_005761 | | |
| DX0043 | 02/03/00 | Email from R. Dietz to A. Bierman re FW: Transport Metrics MIB * [SEALED] | NETSCOUT_005762 | NETSCOUT_005763 | 10/11 | WALDBUSSER |
| DX0046 | 09/01/98 | AE Training | NETSCOUT_253649 | NETSCOUT_253696 | | |
| DX0047 | 00/00/02 | Module Name : pp.c | NETSCOUT_004314 | NETSCOUT_004331 | | |
| DX0048 | 00/0097 | Module Name : colart.c * [SEALED] | NETSCOUT_004372 | NETSCOUT_004416 | 10/11 | WALDBUSSER |

* Lodged under seal pursuant to Protective Order.

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0049 | 07/13/98 | Applications Response Time MIB (ART MIB) | NETSCOUT_004660 | NETSCOUT_004678 | | |
| DX0052 | 03/31/16 | NetScout 2016 Annual Report of Form 10-K | NETSCOUT_007052 | NETSCOUT_007153 | | |
| DX0055 | 07/24/97 | Software License Agreement | EXAR000025 | EXAR000055 | | |
| DX0056 | 07/15/99 | Software License Agreement | NETSCOUT_005768 | NETSCOUT_005820 | | |
| DX0057 | | U.S. Patent No. 6,651,099 | | | | |
| DX0058 | 11/25/96 | Remote Network Monitoring MIB Protocol Identifiers | NETSCOUT_015144 | NETSCOUT_015218 | 10/10 | DIETZ |
| DX0059 | | Netscout Probe Agent Administrator Guide | NETSCOUT_000163 | NETSCOUT_000231 | 10/11 | NADKARNI |
| DX0060 | 02/00/98 | NetScout Probe User Guide | NETSCOUT_000055 | NETSCOUT_000162 | | |
| DX0061 | | Source code D:\NetScout\AGENT_4.5.3_BLD101\mibmgr\trackses.h | | | 10/11 | NADKARNI |
| DX0062 | | Source Code D:\NetScout\AGENT_4.5.3_BLD101\nsagent\mibmgr\rpp.c | | | 10/11 | WALDBUSSER |
| DX0063 | 01/09/98 | "Track Sessions" protocols; Albin Warth (preliminary) | NETSCOUT_197097 | NETSCOUT_197101 | | |
| DX0064 | | Source Code 21 D:\NetScout\AGENT_4.5.3_BLD101\nsagent\mibmgr\rppapi.h | | | | |
| DX0065 | | Source code D:\NetScout\AGENT_4.5.3_BLD101\nsagent\mibmgr\rpp.h | | | | |
| DX0066 | | Source Code D:\NetScout\AGENT_4.5.3_BLD101\nsagent\h\xmibmgr.h | | | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0067 | | Source Code D:\NetScout\AGENT_4.5.3_BLD101\nsagent\drivers\fec\fechw.c | | | 10/11 | WALDBUSSER |
| DX0068 | | CONFIDENTIAL Slide deck, Tektronix Bid No. 11039 Dated: January 29, 2010, Customer: Network Probe Monitoring Solution Description | NETSCOUT_018191 | NETSCOUT_018201 | | |
| DX0069 | | Slide deck, "Tektronix Investor & Analyst Meeting, September 8, 2010" | NETSCOUT_006954 | NETSCOUT_006979 | | |
| DX0070 | | Danaher slide deck | NETSCOUT_006980 | NETSCOUT_007005 | | |
| DX0071 | | RESTRICTED - ATTORNEYS' EYES ONLY Slide deck, "Service Assurance Financial Overview, CFO Review, Date: October 13th, 2016" | NETSCOUT_012926 | NETSCOUT_012935 | | |
| DX0072 | | RESTRICTED - ATTORNEYS' EYES ONLY NetScout slide deck, "Finance Organization: Draft, Company Confidential, March 6, 2015" | NETSCOUT_100130 | NETSCOUT_100137 | | |
| DX0073 | | RESTRICTED - ATTORNEYS' EYES ONLY September 29, 2011, Confidential, Software Integration License Agreement | NETSCOUT_015985 | NETSCOUT_016008 | | |
| DX0074 | | RESTRICTED - ATTORNEYS' EYES ONLY March 2,2005, Amendment 1 to Software Integration License Agreement | NETSCOUT_015963 | NETSCOUT_015966 | | |
| DX0075 | | RESTRICTED - ATTORNEYS' EYES ONLY November 26, 2013, Amendment 2 to Software Integration License Agreement | NETSCOUT_015982 | NETSCOUT_015983 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0076 | | RESTRICTED - ATTORNEYS' EYES ONLY Chart, Dec '10 to Jun '15, US NM Product Revenue, Accused | NETSCOUT_015003 | NETSCOUT_015003 | | |
| DX0077 | | RESTRICTED - ATTORNEYS' EYES ONLY Chart, July '15 to Jun '16, US NM Product Revenue, Accused | NETSCOUT_007154 | NETSCOUT_007154 | | |
| DX0078 | | SalesForce raw data U.S. revenue spreadsheet, July 6 2015 - June 2016 | NETSCOUT_247567 | NETSCOUT_247567 | | |
| DX0079 | | SalesForce raw data U.S. revenue spreadsheet, December 2010 - July 2015 | NETSCOUT_247567 | NETSCOUT_247567 | | |
| DX0080 | | CONFIDENTIAL Response to RFP, December 21, 2012 | NETSCOUT_019686 | NETSCOUT_019731 | | |
| DX0081 | | Reconciliation of GAAP to Non-GAAP Financial Measures | NETSCOUT_007050 | NETSCOUT_007051 | | |
| DX0082 | 4/00/1988 | RPC: Remote Procedure Call Protocol Specification | WALDBUSSER_003983 | WALDBUSSER_003998 | | |
| DX0083 | 11/00/1991 | Remote Network Monitoring Management Information Base | WALDBUSSER_004024 | WALDBUSSER_004104 | 10/11 | SINGHAL |
| DX0084 | 12/06/94 | RMON 1994 Session Notes; Minutes of the Remote LAN Monitoring Working Group (RMONMIB) | NETSCOUT_006288 | NETSCOUT_006294 | | |
| DX0085 | 4/00/1995 | RMON Working Group April 1995 | NETSCOUT_012672 | NETSCOUT_012674 | | |
| DX0086 | 3/00/1996 | RMON Working Group March 1996 | NETSCOUT_012668 | NETSCOUT_012671 | | |
| DX0087 | 11/25/96 | RMON MIB Protocol Identifiers - Nov. 1996 | NETSCOUT 015144 | NETSCOUT_015218 | | |
| DX0088 | | ATTORNEY EYES ONLY Invention Description | PCKTINT-00000071 | PCKTINT-00000078 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0089 | 1/00/1997 | Remote Network Monitoring Management Information Base Version 2 using SMIv2; S. Waldbusser | NETSCOUT_253101 | NETSCOUT_253230 | 10/10 | DIETZ |
| DX0090 | 08/06/97 | Press Release: NetScout Systems, Inc. Introduces Solution to Network Application Response Time Puzzle Business Partner Coalition Backs Introduction of ART MIB Technologu to Extend RMON2 Standard | | | | |
| DX0091 | 10/06/97 | Electronic Engineering Times; NetworkingICs - Xaqti spins architecture -- Switch control for Ethernet gets smart | SANDVINE0027164 | SANDVINE0027167 | | |
| DX0092 | 10/26/98 | NetScout Probe Product Roadmap (AEO) * **[SEALED]** | NETSCOUT_253698 | NETSCOUT_253701 | 10/11 | SINGHAL |
| DX0094 | 09/01/98 | NetScout AE Training * **[SEALED]** | NETSCOUT_253649 | NETSCOUT_253696 | 10/11 | SINGHAL |
| DX0096 | 09/30/80 | DEC, Intel Corp, The Ethernet - A Local Area Network; A Local Area Network Data Link Layer and Physical Layer Specifications | | | | |
| DX0097 | | Ethernet Basics, by David Morgan | | | | |
| DX0098 | 11/15/94 | ISO/IEC 7498-1; Information technology - Open Systems Interconnection - Basic Reference Model: The Basic Model | | | | |
| DX0099 | 00/00/04 | Data Encapsulation, Protocol Data Units (PDUs) and Service Data Units (SDUs) | | | | |

* Lodged under seal pursuant to Protective Order.

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0100 | 09/00/81 | INTERNET PROTOCOL DARPA INTERNET PROGRAM PROTOCOL SPECIFICATION September 1981 | | | | |
| DX0101 | 09/00/81 | TRANSMISSION CONTROL PROTOCOL DARPA INTERNET PROGRAM PROTOCOL SPECIFICATION | | | | |
| DX0102 | 00/00/02 | Microsoft Computer Dictionary, Fith Edition | | | | |
| DX0103 | 01/00/96 | Protocol Operations for Version 2 of the Simple Network Management Protocol (SNMPv2) | WALDBUSSER_004 248 | WALDBUSSER_004 271 | | |
| DX0104 | 01/00/96 | Structure of Management Information for Version 2 of the Simple Network Management Protocol (SNMPv2) | WALDBUSSER_004 161 | WALDBUSSER_004 200 | | |
| DX0105 | 10/00/96 | The Internet Standards Process -- Revision 3 | WALDBUSSER_004 495 | WALDBUSSER_004 530 | | |
| DX0106 | 10/00/96 | The Organizations Involved in the IETF Standards Process | WALDBUSSER_004 531 | WALDBUSSER_004 537 | | |
| DX0107 | 12/22/97 | LAN Analyzers | WALDBUSSER_002 130 | WALDBUSSER_003 425 | | |
| DX0108 | 02/00/98 | NetScout Manager Plus & NetScout Server Administrator Guide | NETSCOUT_000232 | NETSCOUT_000385 | | |
| DX0111 | 01/00/97 | Remote Network Monitoring MIB Protocol Identifiers (RFC 2074) | NETSCOUT_015219 | NETSCOUT_015261 | | |
| DX0112 | 06/25/99 | Remote Network Monitoring MIB Protocol Identifier Reference (DRAFT) | WALDBUSSER_001 010 | WALDBUSSER_001 040 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0113 | 06/25/99 | Remote Network Monitoring MIB Protocol Identifier Macros (DRAFT) | WALDBUSSER_000 903 | WALDBUSSER_000 967 | | |
| DX0114 | 06/00/88 | RPC: Remote Procedure Call Protocol Specification Version 2 | WALDBUSSER_003 999 | WALDBUSSER_004 023 | | |
| DX0115 | 08/00/95 | RPC: Remote Procedure Call Protocol Specification Version 2 | WALDBUSSER_004 105 | WALDBUSSER_004 122 | | |
| DX0116 | 08/00/95 | XDR: External Data Representation Standard | WALDBUSSER_004 123 | WALDBUSSER_004 146 | | |
| DX0117 | 08/00/95 | Binding Protocols for ONC RPC Version 2 | WALDBUSSER_004 147 | WALDBUSSER_004 160 | | |
| DX0118 | | Technopedia; 5-Tuple - Definition - What does 5-Tuple mean? | | | | |
| DX0119 | 05/13/13 | Barracuda NextGen Firewall F / Layer 7 Application Control | | | | |
| DX0120 | 07/28/03 | Firewall Evolution - Deep Packet Inspection; https://www.symantec.com/connect/articles/f irewall-evolution-deep-packet-inspection | | | | |
| DX0121 | 04/00/11 | Cavium White Paper: 5 Things You Need to Know About Deep Packet Inspection (DPI); by Safa Alkateb | | | | |
| DX0122 | | ClearCase Concepts Guide - page 5; Version Control | | | | |
| DX0123 | | D:\NetScout\AGENT_4.5.3_BLD101\nsagen t\epilogue\emissary\netscout.mib\art-mib.my | | | | |
| DX0124 | 07/13/98 | Applications Response Time MIB (ART MIB) | WALDBUSSER_002 091 | WALDBUSSER_002 105 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0126 | 10/19/98 | Netweek Article:  AppScout Tracks Responses | WALDBUSSER_000170 | WALDBUSSER_000171 | | |
| DX0127 | 07/14/99 | Paradyne Networks, Inc. SEC S-1 | NETSCOUT_253342 | NETSCOUT_253583 | | WALDBUSSER |
| DX0128 | 08/27/98 | ftp://ftp.nordu.net/ietf/rmonmib/rmonmib-minutes-98aug.txt | | | 10/11 | |
| DX0129 | | Z:\venki\vobadmin_view11 Properties | | | | |
| DX0140 | 00/00/00 | GeoProbe System Features Version 4.6.1 | NETSCOUT_002197 | NETSCOUT_002394 | | |
| DX0146 | 00/00/97 | av1.h | NETSCOUT_004195 | NETSCOUT_004196 | | |
| DX0147 | 00/00/92 | mibcache.c | NETSCOUT_004197 | NETSCOUT_004200 | | |
| DX0148 | 00/00/91 | xdlci.c | NETSCOUT_004201 | NETSCOUT_004221 | | |
| DX0149 | 00/00/97 | avl.c | NETSCOUT_004222 | NETSCOUT_004236 | | |
| DX0150 | 00/00/92 | Module: colresp.c | NETSCOUT_004237 | NETSCOUT_004250 | | |
| DX0151 | 00/00/92 | Module: colcapt.c | NETSCOUT_004251 | NETSCOUT_004287 | | |
| DX0152 | 00/00/92 | Module: colsmt.c | NETSCOUT_004288 | NETSCOUT_004309 | | |
| DX0153 | 00/00/00 | Module: pp.h | NETSCOUT_004310 | NETSCOUT_004313 | | |
| DX0154 | 00/00/02 | Module: pp.c | NETSCOUT_004314 | NETSCOUT_004331 | | |
| DX0155 | 00/00/97 | Module: art.h | NETSCOUT_004332 | NETSCOUT_004335 | | |
| DX0156 | 00/00/01 | Module: ppapi.h | NETSCOUT_004336 | NETSCOUT_004339 | | |
| DX0157 | 00/00/92 | Module: coltrstn.c | NETSCOUT_004340 | NETSCOUT_004371 | | |
| DX0158 | | Omitted | | | | |
| DX0159 | 00/00/97 | Module: colart.h | NETSCOUT_004417 | | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0160 | 00/00/97 | Module: colpdir.h | NETSCOUT_004418 | NETSCOUT_004422 | | |
| DX0161 | 00/00/92 | Module: colfilt.c | NETSCOUT_004423 | NETSCOUT_004447 | | |
| DX0162 | 00/00/02 | Module: colpdir.c | NETSCOUT_004448 | NETSCOUT_004523 | | |
| DX0163 | 00/00/02 | Module: xmibmgr.h | NETSCOUT_004524 | NETSCOUT_004554 | | |
| DX0164 | 00/00/97 | Module: colnmat.c | NETSCOUT_004555 | NETSCOUT_004659 | | |
| DX0187 | | NetScout GeoProbe Product (Photos) | | | | |
| DX0188 | | mp4 Video:  Guardians of theConnected World | NETSCOUT_247627 | | | |
| DX0189 | | NetScout 6010 Probe (Physical Exhibit) | | | 10/11 | SINGHAL |
| DX0190 | | G10 and GeoBlade Overview | NETSCOUT 108638 | NETSCOUT 108687 | | |
| DX0191 | 09/08/16 | eMail String: Yu Yang to John Curtin and Vignesh Janakiraman regarding Investigation for IS -NG 2.0 | NETSCOUT_236238 | NETSCOUT_236240 | | |
| DX0192 | 01/15/13 | Network Management White Paper | NETSCOUT_251108 | NETSCOUT_251125 | | |
| DX0193 | 06/00/15 | Dec 2010 - June 2015 NetScout Financals | NETSCOUT_251225 | | | |
| DX0194 | 09/24/97 | Rights to "RMON" software LANMeter Series of products | EXAR000179 | EXAR000258 | | |
| DX0196 | 09/15/99 | Amendment to Software License Agreement | NETSCOUT 005764 | NETSCOUT 005820 | | |
| DX0198 | 09/29/11 | Software License Agreement | NETSCOUT_247591 | NETSCOUT_247614 | | |
| DX0199 | 09/10/12 | Patent Purchase and Sale Agreement | EXAR000056 | EXAR000079 | | |
| DX0200 | 02/07/13 | Amendment to Software License Agreement | NETSCOUT_247615 | NETSCOUT_247618 | | |
| DX0201 | 04/01/13 | Patent License Agreement | PCKTINT-00023832 | PCKTINT-00023838 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0203 | 03/13/14 | Covenant Not to Sue and Release | PCKTINT-00025483 | PCKTINT-00025493 | | |
| DX0205 | 06/30/16 | Amendment to Software License Agreement | NETSCOUT24 7621 | NETSCOUT24 7626 | | |
| DX0206 | 00/00/16 | Packet Intelligence Portfolio Statements of Operations: 2012 - 2016 | PCKTI NT-00074669 | | | |
| DX0214 | | Page Download and Conversational Video Quotes Booked.xlsx | YURKERWICH_000 001 | YURKERWICH_000 002 | | |
| DX0215 | 08/11/97 | NetScout Systems, Inc. Introduces Solution to Network Application Response Time Puzzle | | | | |
| DX0217 | 08/00/12 | NetScout market assessment of the IP probe monitoring market opportunity | NETSCOUT 100434 | NETSCOUT 100505 | | |
| DX0218 | | http://serviceprovider.netscout.com/products/ geoprobe-platform | | | | |
| DX0219 | | NetScout Geo Probe G 10 Data Sheet, http://serviceprovider.netscout.com/resources /geoprobe-g10-datasheet | | | 10/11 | BROUGHTON |
| DX0220 | | NetScout Geo-Probe GeoBlade Data Sheet, http://serviceprovider.netscout.com/resources /geoblade-datasheet | | | 10/11 | BROUGHTON |
| DX0221 | | AAC-DPC Overview | NETSCOUT-197510 | | | |
| DX0222 | 09/29/11 | Software Integration License Agreement | NETSCOUT-247591 | NETSCOUT-247614 | | |
| DX0226 | 09/10/12 | Patent Purchase and Sale Agreement | PCKTINT-00023403 | PCKTINT-00023414 | | |
| DX0228 | 02/01/12 | Revenue Share Agreement | PCKTINT-00074714 | PCKTINT-00074717 | | |
| DX0229 | | Revolving Loan Agreement | PCKTINT-00085837 | PCKTINT-00085848 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0233 | 12/21/01 | Amendment to Software License Agreement | NETSCOUT 005764 | NETSCOUT 005820 | | |
| DX0234 | 09/29/11 | Software Integration License Agreement | NETSCOUT 247591 | NETSCOUT 247614 | | |
| DX0235 | 02/07/13 | Amendment Number 1 to Software Integration License Agreement | NETSCOUT-247615 | NETSCOUT-247618 | | |
| DX0236 | 11/26/13 | Amendment Number 2 to Software Integration License Agreement | NETSCOUT 015982 | NETSCOUT 015983 | | |
| DX0237 | 06/30/16 | Amendment Number 3 to Software Integration License Agreement | NETSCOUT-247621 | NETSCOUT-247626 | | |
| DX0238 | 11/14/13 | eMail from J. Downing to A. Singhal regarding KT Pricing with AST | NETSCOUT 178057 | NETSCOUT 178065 | | |
| DX0239 | | AAC and DPC | NETSCOUT 017791 | NETSCOUT 017827 | | |
| DX0240 | | Iris Network Intelligence Solution Getting Started Guide; Software Version 7.12.2 | NETSCOUT 019987 | NETSCOUT 020252 | | |
| DX0245 | 11/02/16 | eMail from B. Brunell to Packet Intelligence regarding Huawei: Settlement Agreement and revenue declaration | PCKTINT-00072091 | PCKTINT-00072092 | | |
| DX0246 | 02/13/14 | Declaration of Defendants Huawei | PCKTINT-00072093 | PCKTINT-00072094 | | |
| DX0248 | 09/10/12 | Packet-Exar Patent License Agreement | PCKTINT-00017878 | PCKTINT-00017881 | | |
| DX0249 | 08/31/02 | Software License Agreement | YURKERWICH_000 412 | YURKERWICH_000 428 | | |
| DX0253 | | U.S. Provisional Patent Application 60/141,903 "Method and Apparatus for Monitoring Traffic in a Network | YURKERWICH_000 447 | YURKERWICH_000 719 | 10/10 | DIETZ |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0254 | | http://serviceprovider.netscout.com/sites/tekcomms.com/files/Deep%20Packet%20Classification.pdf | | | | |
| DX0266 | 08/23/11 | Communications and Enterprise Group Tektronix Communications Strategic Plan FY2012 - FY2014 * [SEALED] | NETSCOUT_036165 | NETSCOUT_036197 | 10/10 | MARWAHA |
| DX0267 | 10/22/12 | Tektronix Communications Strategy Review 2013-2015 | NETSCOUT_036198 | NETSCOUT_036256 | | |
| DX0268 | 06/10/11 | eMail from A. Singhal to M. Szbados re My takeaways from our Monday discussion | NETSCOUT_099055 | NETSCOUT_099057 | | |
| DX0269 | 02/09/16 | eMail from A. Singhal to Athanasios Avgeridis re From Vienna | NETSCOUT_099065 | NETSCOUT_099067 | | |
| DX0270 | 02/28/12 | Operators Turn to Tektronix Communications to Monetize the Mobile Data Explosion Tektronix Communications Awarded More than 50% of LTE Monitoring Opportunities Worldwide | PCKTINT-00033600 | PCKTINT-00033603 | | |
| DX0271 | 02/21/11 | Verizon Wireless Selects Tektronix Communications To Monitor Nationwide Next-Generation L TENetwork | PCKTINT-00034868 | PCKTINT-00034871 | | |
| DX0272 | 08/27/98 | eMail from R. Dietz to A Bierman | NETSCOUT_005752 | NETSCOUT_005755 | | |
| DX0274 | 06/30/00 | eMail from R. Dietz re filing of applications * [SEALED] | PCKTINT-ROSENFELD-00012117 | PCKTINT-ROSENFELD-00012119 | 10/12 | WALDBUSSER |

* Lodged under seal pursuant to Protective Order.

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0276 | 00/00/97 | D:NetScout\AGENT 4.5.3_BLD101\nsagert\mibmgr\trackses.h | | | | |
| DX0277 | 03/15/10 | Tektronix extends mobile monitoring for LTE networks | NETSCOUT_006572 | NETSCOUT_006572 | | |
| DX0278 | 02/17/10 | Tektronix Communications Selected by Telstra for Proactive Network Management of its Mobile Broadband Data Network | NETSCOUT_006573 | NETSCOUT_006576 | | |
| DX0279 | 04/08/15 | Tektronix Communications Expands GeoProbe® Family | NETSCOUT_006577 | NETSCOUT_006578 | | |
| DX0280 | 06/00/11 | GeoProbe G10; High Performance Probe Supports High Capacity High Bandwidth Networks | NETSCOUT_006579 | NETSCOUT_006580 | | |
| DX0281 | | GeoProbe G10; HARDWARE PLATFORM ADDRESSES DYNAMIC CHANGES IN NETWORK TRAFFIC COMPOSITION | NETSCOUT_006581 | NETSCOUT_006583 | | |
| DX0282 | 08/00/16 | NetScout / Simplified Radio Access Network Monitoring and Troubleshooting | NETSCOUT_006584 | NETSCOUT_006585 | | |
| DX0283 | | GeoProbe 2G, 2.5G, 3G and PS Voice; Network Assurance for Mobile Core | NETSCOUT_006586 | NETSCOUT_006589 | | |
| DX0284 | | GeoProbe / ISDN/IP; Network Assurance for Fixed Access | NETSCOUT_006590 | NETSCOUT_006591 | | |
| DX0285 | 00/00/13 | TekComms Quarterly Report Deep Packet Classification (DPC) Integrated Product Sales | NETSCOUT_248518 | | | |
| DX0286 | 00/00/2013 | TekComms Quarterly Report Deep Packet Classification (DPC) Integrated Product Sales | NETSCOUT_248519 | | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0287 | 00/00/2014 | TekComms Quarterly Report Deep Packet Classification (DPC) Integrated Product Sales | NETSCOUT_248520 | | | |
| DX0288 | 00/00/2014 | TekComms Quarterly Report Deep Packet Classification (DPC) Integrated Product Sales | NETSCOUT_248521 | | | |
| DX0289 | 00/00/2014 | TekComms Quarterly Report Deep Packet Classification (DPC) Integrated Product Sales | NETSCOUT_248522 | | | |
| DX0290 | 00/00/2014 | TekComms Quarterly Report Deep Packet Classification (DPC) Integrated Product Sales | NETSCOUT_248524 | NETSCOUT_248525 | | |
| DX0291 | 00/00/2015 | TekComms Quarterly Report Deep Packet Classification (DPC) Integrated Product Sales | NETSCOUT_248526 | NETSCOUT_248527 | | |
| DX0292 | 00/00/2015 | TekComms Quarterly Report Deep Packet Classification (DPC) Integrated Product Sales | NETSCOUT_248528 | NETSCOUT_248529 | | |
| DX0293 | 00/00/2015 | TekComms Quarterly Report Deep Packet Classification (DPC) Integrated Product Sales | NETSCOUT_248530 | NETSCOUT_248531 | | |
| DX0294 | 00/00/2015 | TekComms Quarterly Report Deep Packet Classification (DPC) Integrated Product Sales | NETSCOUT_248532 | NETSCOUT_248533 | | |
| DX0295 | 00/00/2016 | TekComms Quarterly Report Deep Packet Classification (DPC) Integrated Product Sales | NETSCOUT_248534 | NETSCOUT_248535 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0296 | 00/00/2016 | TekComms Quarterly Report Deep Packet Classification (DPC) Integrated Product Sales | NETSCOUT_248536 | NETSCOUT_248536 | | |
| DX0297 | 00/00/2016 | TekComms Quarterly Report Deep Packet Classification (DPC) Integrated Product Sales | NETSCOUT_248537 | | | |
| DX0310 | 03/15/99 | Source Code for Probe Software Version 4.5.3, Build 101 * [SEALED] | NETSCOUT_247635 | NETSCOUT_247635 | 10/11 | NADKARNI |
| DX0311 | 03/29/16 | LexisNexis Comprehensive Business Report on Packet Intelligence LLC | | | | |
| DX0317 | 07/26/12 | eMail from R. Moore to T. Melendrez; D. Rosenfeld; D. Whiting; B. Brunell regarding Status: Exar (action steps included) | PCKTINT-00083134 | PCKTINT-00083138 | | |
| DX0318 | 05/14/12 | Monetization of Exar patent portfolio | PCKTI NT-00003454 | PCKTI NT-00003455 | | |
| DX0320 | 10/09/14 | Packet Intelligence Disclosure of Asserted Claims and Preliminary Infringement Contentions | PCKTINT-00072156 | PCKTINT-00072181 | | |
| DX0336 | | Email From Russell Dietz * [SEALED] | PCKTINT-ROSENFELD-0012080 | PCKTINT-ROSENFELD-0012081 | 10/12 | ROSENFELD |
| DX0337 | | Email From Russell Dietz * [SEALED] | PCKTINT-ROSENFELD-0012107 | PCKTINT-ROSENFELD-0012108 | 10/11 | WALDBUSSER |
| DX0341 | | Tektronix marketing materials | NETSCOUT_006692 | NETSCOUT_006733 | | |

* Lodged under seal pursuant to Protective Order.

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0342 | | NetScout PPT | NETSCOUT_013077 | NETSCOUT_013111 | | |
| DX0343 | | NetScout PPT | NETSCOUT_013112 | NETSCOUT_013139 | | |
| DX0344 | | NetScout Marketing / Data Enablement | NETSCOUT_013645 | NETSCOUT_013647 | | |
| DX0345 | | Geoblade Marketing Materials / Selling GeoBlade Refresher; SC Weekly | NETSCOUT_013694 | NETSCOUT_013724 | | |
| DX0346 | | GeoBlade 14.1.1 FR Gate Review | NETSCOUT_016064 | NETSCOUT_016087 | | |
| DX0347 | | Improving Network and Service Quality | NETSCOUT_017542 | NETSCOUT_017578 | | |
| DX0348 | | IRIS SESSION ANALYZER Presentation | NETSCOUT_017579 | NETSCOUT_017620 | | |
| DX0349 | | RMONMIB Working Group Draft documents; Remote Network Monitoring MIB Protocol Identifier Reference | DEF-PA_005316 | DEF-PA_005360 | 10/12 | WALDBUSSER |
| DX0350 | | Monetization of patent portfolio – Brad Brunell IPMG AG | PCKTINT-00012597 | PCKTINT-00012599 | | |
| DX0351 | | Brad Brunell Annual Members Meeting | PCKTINT-00020531 | PCKTINT-00020533 | | |
| DX0352 | | Packet Intelligence Exar Patent Agreement | PCKTINT-00020552 | PCKTINT-00020563 | | |
| DX0353 | | Letter to Dov Rosenfeld | PCKTINT-00022058 | PCKTINT-00022059 | | |
| DX0354 | 07/00/99 | "Remote Monitoring MIB – Dietz Draft 7/99" | WALDBUSSER_000220 | WALDBUSSER_000269 | | |
| DX0358 | 03/00/96 | Strategies for Monitoring and Managing Switched Networks | NETSCOUT_253596 | NETSCOUT_253616 | | |
| DX0359 | | Configuring RMON & RMON2 Parameters | NETSCOUT_253237 | NETSCOUT_253237 | | |
| DX0360 | | Memo Re: Notable Changes in Agent 4.0.0 | NETSCOUT_253242 | NETSCOUT_253242 | | |
| DX0361 | | Notable Changes in Agent 4.0.0 | NETSCOUT_253276 | NETSCOUT_253281 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0362 | 04/11/97 | RMON1 and RMON2 Parameters | NETSCOUT_253286 | NETSCOUT_253286 | | |
| DX0363 | | Summary History of NetScout Agents | NETSCOUT_253284 | NETSCOUT_253285 | | |
| DX0364 | | ICMP Router Discovery Messages | NETSCOUT_253240 | NETSCOUT_253241 | | |
| DX0365 | | Common Building Tools for Model 6020 | NETSCOUT_253236 | NETSCOUT_253236 | | |
| DX0366 | 8/23/1993 | Bootp Implementation in NetScout Agents | NETSCOUT_253235 | NETSCOUT_253235 | | |
| DX0367 | 9/27/1995 | Fast Upload Logic in Data Capture | NETSCOUT_253238 | NETSCOUT_253238 | | |
| DX0369 | 03/00/96 | Integration of RMON and SNMP | NETSCOUT_253584 | NETSCOUT_253595 | | |
| DX0370 | 02/00/99 | Training Sessions on Leveraging RMON Standards | NETSCOUT_253291 | NETSCOUT_253338 | | |
| DX0371 | | Technical Specification for Debugging WAN Probe Problem | NETSCOUT_253287 | NETSCOUT_253290 | | |
| DX0372 | 11/15/1996 | Agent Release 3.2 Functional Specification | NETSCOUT_253231 | NETSCOUT_253314 | | |
| DX0373 | 8/5/1997 | Monitoring Data Over X 25 Networks | NETSCOUT_253243 | NETSCOUT_253244 | | |
| DX0374 | 8/5/1997 | Video Monitoring | NETSCOUT_253339 | NETSCOUT_253340 | | |
| DX0375 | | WAN History | NETSCOUT_253341 | NETSCOUT_253341 | | |
| DX0376 | 6/6/1996 | NetScout Manager and NetScout Manager Plus 4.1.0 | NETSCOUT_253245 | NETSCOUT_253275 | | |
| DX0377 | | Netscout Probe Agent Administrator Guide (Physical Exhibit) (Copy Produced as NETSCOUT_000163 to NETSCOUT_000231) | | | 10/11 | NADKARNI |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0378 | | NetScout Probe User Guide (Physical Exhibit) (Copy Produced as NETSCOUT_000055 to NETSCOUT_000162) | | | | |
| DX0382 | | Tektronix Communications Management Team | NETSCOUT_027932 | NETSCOUT_027933 | | |
| DX0383 | 02/00/13 | Tektronix Communications Corporate Overview February 2013 * [SEALED] | NETSCOUT_035195 | NETSCOUT_035229 | 10/11 | BROUGHTON |
| DX0384 | 07/24/13 | Tektronix Communications Strategy Review 2014-2016; Final | NETSCOUT_036257 | NETSCOUT_036315 | | |
| DX0385 | 08/00/12 | NetScout market assessment of the IP probe monitoring market opportunity | NETSCOUT_100434 | NETSCOUT_100505 | | |
| DX0386 | 03/00/11 | Service Provider Roadmap; Serice Assurance in LTE Networks, March 2011 | NETSCOUT 106603 | NETSCOUT 106661 | | |
| DX0387 | 00/00/15 | NetScout Connect 2015 Leadership Conference | NETSCOUT_114924 | NETSCOUT_114943 | | |
| DX0388 | 00/00/16 | NetScout Agenda | NETSCOUT_129115 | NETSCOUT_129144 | | |
| DX0389 | 00/00/16 | Vision 2020 & GTM Strategy | NETSCOUT_130172 | NETSCOUT_130231 | | |
| DX0390 | 07/26/11 | NetScout Goals, Strategy and Challenges | NETSCOUT_138443 | NETSCOUT_138465 | | |
| DX0391 | | NetScout Agenda | NETSCOUT_174942 | NETSCOUT_174992 | | |
| DX0392 | 06/00/98 | PacketShaper 3.1 Reference Guide | SANDVINE5001068 9 | SANDVINE5001091 4 | | |
| DX0393 | 11/25/97 | U.S. Provisional App. No. 60/066864 | SANDVINE5001091 5 | SANDVINE5001095 6 | | |

* Lodged under seal pursuant to Protective Order.

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0394 | 01/01/98 | "'Talkin' Web management" byNeal Weinberg appearing in Jun 1, 1998 Network World at pg. 63 | SANDVINE5001095 7 | SANDVINE5001095 7 | | |
| DX0395 | | Packeteer June 16, 1997 Press Release, PACKETEER'S SECOND-GENERATION IP BANDWIDTH MANAGER TIES QUALITY OF SERVICE TO USER'S CONNECTION SPEED | SANDVINE5000790 5 | SANDVINE5000790 5 | | |
| DX0401 | | Packeteer, Shaping Traffic Behavior, TCP/IP Bandwidth Management Series, vol. 1, no. 2 | SANDVINE5000796 9 | SANDVINE5000796 9 | | |
| DX0402 | | Vendors Announce products for bandwidth management, InfoWorld, Nov. 10, 1997, vol. v19, issue n45 | SANDVINE5000798 5 | SANDVINE5000798 5 | | |
| DX0403 | | PacketShaper Solutions | SANDVINE5000798 7 | SANDVINE5000798 7 | | |
| DX0417 | | Packeteer gives managers more control of push traffic, Radosevich, Lynda, InfoWorld; Jul 21, 1997 | SANDVINE5000984 2 | SANDVINE5000984 2 | | |
| DX0418 | | Packeteer uses IQOS to manage bandwidth, Poole, Jackie, InfoWorld; May 19, 1997 | SANDVINE5000984 3 | SANDVINE5000984 3 | | |
| DX0419 | | WheelGroup ships commercial version of security software, Nelson, Matthew, InfoWorld; Nov 10, 1997 | SANDVINE5000984 4 | SANDVINE5000984 4 | | |
| DX0420 | | Appendix to U.S. Provisional Application No. 60/066,864 | SANDVINE5000750 8 | SANDVINE5000750 8 | | |
| DX0421 | | Appendice to U.S. Patent No. 6,046,980 | SANDVINE5000742 3 | SANDVINE5000742 3 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0423 | | IETF: The Organizations Involved in the IETF Standards Process | NETSCOUT_014911 | NETSCOUT_014918 | | |
| DX0424 | | IETF: Promoting Compliance with IPR Disclosure Rules | NETSCOUT_014919 | NETSCOUT_014934 | | |
| DX0425 | | IETF: Sanctions Available for Application to Violators of IETF IPR Policy | NETSCOUT_014935 | NETSCOUT_014947 | | |
| DX0426 | | IETF: A Mission Statement for the IETF | NETSCOUT_014948 | NETSCOUT_014954 | 10/11 | WALDBUSSER |
| DX0427 | | IETF: Hifn's Statement about IPR claimed by Robert Friend | NETSCOUT_015133 | NETSCOUT_015143 | | |
| DX0428 | | IETF: Current Meeting Report - Robin Iddon - Apr. 1995 | NETSCOUT_015262 | NETSCOUT_015264 | | |
| DX0429 | | IETF: Meeting Minutes - Dec. 1996 | NETSCOUT_015265 | NETSCOUT_015268 | | |
| DX0430 | | IETF: Current Meeting Report - Andy Bierman - Mar. 1996 | NETSCOUT_015269 | NETSCOUT_015272 | | |
| DX0431 | | IETF: IPR Rights in IETF Technology | NETSCOUT_015392 | NETSCOUT_015408 | | |
| DX0432 | | ETF Current meeting report by Russell Dietz | DEF-PA_005309 | DEF-PA_005315 | | |
| DX0433 | | IETF Working Group Memo re FTP | PCKTINT-00038171 | PCKTINT-00038330 | | |
| DX0434 | | NetScout's Corporate Personnel Structure | NETSCOUT_007155 | NETSCOUT_007357 | | |
| DX0440 | | RMON for High Capacity Networks, Waldbusser | NETSCOUT_006295 | NETSCOUT_006378 | | |
| DX0441 | | Remote Monitoring MIB Extensions, Dietz | NETSCOUT_006379 | NETSCOUT_006426 | | |
| DX0442 | | Transport Performance Metrics MIB, Dietz | NETSCOUT_006427 | NETSCOUT_006466 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0443 | | IETF - Remote Network Monitoring MIB Protocol Ident (dup) | NETSCOUT_006467 | NETSCOUT_006512 | | |
| DX0444 | | IETF - Remote Network Monitoring MIB Protocol Ident | NETSCOUT_006513 | NETSCOUT_006554 | | |
| DX0445 | | IETF - RTFM Working Group | NETSCOUT_006555 | NETSCOUT_006571 | | |
| DX0448 | | RMON MIB Protocol Identifiers | NETSCOUT_012679 | NETSCOUT_012753 | | |
| DX0449 | | RMON MIB Protocol Identifiers | NETSCOUT_012754 | NETSCOUT_012796 | | |
| DX0450 | 05/18/16 | Letter Agreement from S. Hartsell to R. Dietz | PCKTINT-00074710 | PCKTINT-00074711 | | |
| DX0451 | 07/21/14 | Letter Agreement from D. Wilson to R. Dietz | PCKTINT-00074708 | PCKTINT-00074709 | | |
| DX0457 | 06/16/16 | Technically Elite Provides Solutions for Embedded Application Traffic Monitoring in Gigabit and Fast Ethernet Products | SANDVINE0027158 | SANDVINE0027159 | | |
| DX0459 | | Protocol Spreadsheet | PCKTINT-00000670 | PCKTINT-00000672 | | |
| DX0460 | 02/16/98 | eMail from J. Lazar to D. Rosenfeld & R. Dietz regarding FW: ip consultant | PCKTINT-ROSENFELD-00012123 | PCKTINT-ROSENFELD-00012124 | | |
| DX0461 | 11/06/00 | PATENT APPLICATION 09/608237 | | | | |
| DX0462 | 11/06/00 | Patent Application 09/608126 | | | | |
| DX0463 | 10/24/00 | PATENT APPLICATION 6,771,646 | | | | |
| DX0464 | 10/26/00 | PATENT APPLICATION 60/141,903 | | | | |
| DX0468 | | PHOTO:  Screen shot | | | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0469 | | PHOTO: NetScout Frontier Software - 6010 Ethernet | | | | |
| DX0472 | 11/18/03 | US 6,651,099 B1 | | | | |
| DX0473 | 10/14/03 | DECLARATION UNDER 37 CFR 1.131; METHOD AND APPARATUS FOR MONITORING TRAFFIC IN A NETWORK | | | | |
| DX0474 | 01/04/05 | US 6,839,751 B1 | | | 10/11 | WALDBUSSER |
| DX0475 | 10/11/05 | US 6,954,789 B2 | | | 10/10 | DIETZ |
| DX0476 | 08/03/04 | US 6,771,646 B1 | | | | |
| DX0477 | 12/16/03 | US 6,665,725 B1 | | | 10/10 | DIETZ |
| DX0479 | 08/14/14 | eMail from L. Guse to P. Vachon regarding IPMG Sub-license w/PI | PCKTINT-00076860 | PCKTINT-00076860 | | |
| DX0482 | | Tektronix Geoprobe datasheets and marketing materials | NETSCOUT_006581 | NETSCOUT_006583 | | |
| DX0483 | | Tektronix Geoprobe datasheets and marketing materials | NETSCOUT_006584 | NETSCOUT_006585 | | |
| DX0484 | | Tektronix Geoprobe datasheets and marketing materials | NETSCOUT_006586 | NETSCOUT_006589 | | |
| DX0485 | | Tektronix Geoprobe datasheets and marketing materials | NETSCOUT_006590 | NETSCOUT_006591 | | |
| DX0486 | | Tektronix marketing materials | NETSCOUT_006734 | NETSCOUT_006801 | | |
| DX0487 | | RMONMIB Working Group Draft documents | DEF-PA_005361 | DEF-PA_005377 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0490 | 06/25/99 | Remote Network Monitoring MIB Protocol Identifier Macros | NETSCOUT_015296 | NETSCOUT_015391 | | |
| DX0491 | | MeterFlow Software Tools Documentation | PI-TORG 000580 | PI-TORG 000581 | | |
| DX0493 | 10/01/99 | ApplicationResponsiveness through Traffic Flow Analysis | PI_0015048 | PI_0015057 | | |
| DX0497 | 12/16/03 | US 6,665,725 B1 | | | | |
| DX0498 | | Invention title: An apparatusand method for real-time classification of traffic on a data communications network by the particular application or service being used to communicate between devices on network. | PI 000002 | PI 000009 | | |
| DX0499 | | Directory of M:\aaa-----INVENTEK LIENTS\Hfin\Patents\APPT-001-1-1 filed 10-13-03\Proof of Reductn to Practice\PRE-99-Protocol Compiler\ | PI_0013318 | PI_0013319 | | |
| DX0500 | 10/24/00 | Declaration an Power of Attorney Patent Application 09/609179 | | | | |
| DX0504 | 06/03/00 | Petition to Correct Inventorship | PCKTINT-00074634 | PCKTINT-00074652 | | |
| DX0508 | | Technically Elite Vision Statement | SANDVINE5000478 8 | SANDVINE5000482 1 | | |
| DX0509 | 12/07/98 | E-mails, subject: Features | PCTINT-MAIXNER-00394881 | PCTINT-MAIXNER-00394886 | | |
| DX0510 | 03/12/99 | E-mail, subject: Supported Applications List | PCTINT-MAIXNER-00395056 | PCTINT-MAIXNER-00395059 | | |
| DX0512 | 04/26/00 | E-mails, subject: Additional Review Data | PCTINT-MAIXNER-00382743 | PCTINT-MAIXNER-00382745 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0513 | | MeterFlow C-Code 5.5 Software Development Kit. | PCTINT-DIETZ-00000654 | PCTINT-DIETZ-00000667 | | |
| DX0515 | 02/16/98 | Email: "Re: FW: ip consultant" * [SEALED] | PCKINT-ROSENFELD-00012123 | PCKINT-ROSENFELD-00012124 | 10/12 | ROSENFELD |
| DX0516 | 03/04/98 | Letter Regarding Retainer * [SEALED] | PCKINT-ROSENFELD-00012107 | PCKINT-ROSENFELD-00012108 | 10/12 | ROSENFELD |
| DX0517 | | Inventor Disclosure Documents * [SEALED] | PI_000002 | PI_000009 | 10/10 | DIETZ |
| DX0518 | 03/04/99 | Letter Regarding Retainer * [SEALED] | PCKINT-ROSENFELD-00012019 | PCKINT-ROSENFELD-00012021 | 10/12 | ROSENFELD |
| DX0522 | 02/04/98 | Technically Elite Press Release | SANDVINE0027162 | SANDVINE0027163 | 10/10 | DIETZ |
| DX0524 | 07/01/99 | Email: "MeterFlow Patent!" | | | 10/12 | ROSENFELD |
| DX0527 | 10/02/98 | Letter (10/2/1998) | PCTINT-00071664 | PCTINT-00071665 | | |
| DX0544 | 09/30/80 | DEC, Intel Corp, The Ethernet - A Local Area Network | | | | |
| DX0545 | | David Morgan - Ethernet Basics | | | | |
| DX0546 | 11/15/94 | ISO 7498-1 OSI Basic Reference Model | | | | |
| DX0547 | | Kozierok, TCPIP Guide_2-0_s2 | | | | |
| DX0548 | 09/00/81 | RFC791 | | | | |
| DX0549 | 09/00/81 | RFC793 | | | | |

* Lodged under seal pursuant to Protective Order.

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0550 | | Microsoft Computer Dictionary 5th Ed | | | | |
| DX0551 | 01/00/96 | RFC1905 | | | | |
| DX0552 | 01/00/96 | RFC1902 | | | | |
| DX0553 | 04/16/17 | Barracuda - Layer 7 Application Control | | | | |
| DX0554 | 04/16/17 | Symantec - Firewall Evolution - Deep Packet Inspection - Symantec Connect Community | | | | |
| DX0555 | | Cavium "5 Things You Need to Know About Deep Packet Inspection (DPI)" | | | | |
| DX0556 | | SPDS_014-1600-GeoProbe G10; High Performance Support for High Capacity, High Bandwidth Networks | | | | |
| DX0557 | | SPDS_014-1600-GeoBlade G10 Software Version 7.15.2; High Density Monitoring for Exponential Traffic Growth | | | | |
| DX0558 | | AAC-DPC Overview | NETSCOUT_197510 | NETSCOUT_197510 | | |
| DX0559 | | G10 Probe System Features Document | NETSCOUT_028195 | NETSCOUT_028244 | | |
| DX0560 | 12/03/15 | F-03492-GeoBlade Support for DPC | NETSCOUT_197347 | NETSCOUT_197364 | | |
| DX0561 | | AAC and DPC | NETSCOUT_017791 | NETSCOUT_017827 | | |
| DX0563 | 11/14/13 | eMail from J. Downing to A. Singahal re KT Pricing with AST | NETSCOUT_178057 | NETSCOUT_178065 | | |
| DX0566 | 01/00/97 | RFC2021 | | | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0568 | 04/17/16 | NAVL Wiki - NAVL 4.x API Guide | NETSCOUT_015903 | NETSCOUT_015940 | | |
| DX0569 | | URL Truncation * [SEALED] | NETSCOUT_251222 | | 10/12 | WALDBUSSER |
| DX0570 | 01/15/13 | Network Management Subscriber Web Page Download Time Estimation in Passive Monitoring Systems White Paper Version 1.3; Ivershen | NETSCOUT_251108 | NETSCOUT_251125 | | |
| DX0584 | | D:\NetScout\GeoProbe\7.16.2\dpi\libCommon\src\DpiEngine.cpp | WALDBUSSER_000 001 | WALDBUSSER_000 013 | | |
| DX0585 | | D:\NetScout\GeoProbe\7.9.3\iic\imon\libFspp\src\Fsb.c | WALDBUSSER_000 014 | WALDBUSSER_000 036 | | |
| DX0586 | | D:\NetScout\GeoProbe\7.16.2\iic\imon\libFspp\src\Fspp.c | WALDBUSSER_000 043 | WALDBUSSER_000 081 | | |
| DX0587 | | D:\NetScout\GeoProbe\7.9.3\iic\imon\libFspp\src\Fspp.c | WALDBUSSER_000 037 | WALDBUSSER_000 042 | | |
| DX0588 | | D:\NetScout\GeoProbe\7.16.2\iic\imon\libFspp\src\Fspp_G10.c | WALDBUSSER_000 082 | WALDBUSSER_000 090 | | |
| DX0589 | | D:\NetScout\GeoProbe\7.16.2\iic\imon\libFspp\src\Fspp_ G500.c | WALDBUSSER_000 091 | WALDBUSSER_000 127 | | |
| DX0590 | | D:\NetScout\GeoProbe\7.16.2\iic\imon\libFspp\src\Fsb.c part 1 | WALDBUSSER_005 998 | WALDBUSSER_006 073 | | |
| DX0591 | | D:\NetScout\GeoProbe\7.16.2\iic\imon\libFspp\src\Fsb.c part 2 | WALDBUSSER_006 074 | WALDBUSSER_006 147 | | |
| DX0592 | | D:\NetScout\GeoProbe\7.16.2\iic\imon\libFspp\src\Fsb.h | WALDBUSSER_006 148 | WALDBUSSER_006 192 | | |

* Lodged under seal pursuant to Protective Order.

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0593 | | D:\NetScout\GeoProbe\7.16.2\iic\imon\libFs pp\src\FsbDefs.h | WALDBUSSER_006 193 | WALDBUSSER_006 197 | | |
| DX0594 | | D:\NetScout\GeoProbe\7.16.2\iic\imon\libFs pp\src\Fspp.h | WALDBUSSER_006 198 | WALDBUSSER_006 215 | | |
| DX0595 | | D:\NetScout\GeoProbe\7.16.2\iic\imon\libFs pp\src\FsppDefs.h | WALDBUSSER_006 216 | WALDBUSSER_006 223 | | |
| DX0596 | 06/26/15 | Tektronix Communications, "GIO Probe - System Features Document" | NETSCOUT_028195 | | | |
| DX0597 | 01/15/13 | Alex I vershen, "Subscriber Web Page Download Time Estimation in Passive Monitoring Systems White Paper", V.1.3 | NETSCOUT 251108 | | | |
| DX0598 | | NetScout's 10/3/2016 Source Code Production | NETSCOUT_004946 | NETSCOUT_005749 | | |
| DX0599 | | NetScout's 10/27/2016 Source Code Production | NETSCOUT_008585 | NETSCOUT_012657 | | |
| DX0600 | | NetScout Source Code printed by Plaintiff 1/9/17 | NETSCOUT-CODE_000001 | NETSCOUT-CODE_000009 | | |
| DX0601 | | NetScout Source Code printed by Plaintiff 1/27/17 | NETSCOUT-CODE_0000017 | NETSCOUT-CODE_0000116 | | |
| DX0602 | | NetScout Source Code printed by Plaintiff 1/31/17 | NETSCOUT-CODE_0000116 | NETSCOUT-CODE_0000674 | | |
| DX0603 | 09/01/98 | AE Training * [SEALED] | NETSCOUT_253649 | | 10/11 | WALDBUSSER |
| DX0604 | 06/18/99 | Proposed Features Matrix for Small Model of 4.6.0 | NETSCOUT_253697 | | | |

* Lodged under seal pursuant to Protective Order.

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0605 | 10/26/98 | Probe Product Roadmap | NETSCOUT_253698 | | | |
| DX0606 | | NetScout Computer Code | NETSCOUT-CODE_000001 | NETSCOUT-CODE_000674 | | |
| DX0607 | | NetScout Source Code | NETSCOUT_015860 | NETSCOUT_015860 | | |
| DX0608 | | NetScout Source Code | NETSCOUT_015865 | NETSCOUT_015865 | | |
| DX0609 | | NetScout Source Code | NETSCOUT_015875 | NETSCOUT_015875 | | |
| DX0610 | | NetScout Source Code | NETSCOUT_015885 | NETSCOUT_015885 | | |
| DX0611 | | NetScout Source Code | NETSCOUT_015886 | NETSCOUT_015886 | | |
| DX0612 | | NetScout Source Code | NETSCOUT_015887 | NETSCOUT_015887 | | |
| DX0613 | | NetScout Source Code | NETSCOUT_015888 | NETSCOUT_015888 | | |
| DX0614 | | NetScout Source Code | NETSCOUT_015889 | NETSCOUT_015890 | | |
| DX0615 | | NetScout Source Code | NETSCOUT_015891 | NETSCOUT_015902 | | |
| DX0616 | | NAVL 4.x API Guide | NETSCOUT_015903 | NETSCOUT_015940 | | |
| DX0617 | | NetScout Source Code | NETSCOUT_015941 | NETSCOUT_015942 | | |
| DX0618 | | NetScout Source Code | NETSCOUT_015943 | NETSCOUT_015946 | | |
| DX0619 | | NetScout Source Code | NETSCOUT_015947 | NETSCOUT_015948 | | |
| DX0620 | | NetScout Source Code | NETSCOUT_015949 | NETSCOUT_015950 | | |
| DX0621 | | NetScout Source Code | NETSCOUT_015951 | NETSCOUT_015955 | | |
| DX0622 | | NetScout Source Code | NETSCOUT_015956 | NETSCOUT_015956 | | |
| DX0623 | 02/07/13 | AMENDMENT 1 to Software Integration License Agreement | NETSCOUT_015963 | NETSCOUT_015966 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0624 | | EXHIBIT E ENROLLMENT FORM Deposit Account Number: 39386 | NETSCOUT_015967 | NETSCOUT_015968 | | |
| DX0625 | 12/28/11 | Iron Mountain Lketter to M. DeVantier re Account Setup | NETSCOUT_015969 | NETSCOUT_015969 | | |
| DX0626 | 11/26/13 | Procera Invoice No. INCAN51 | NETSCOUT_015981 | NETSCOUT_015981 | | |
| DX0627 | 11/07/13 | AMENDMENT 2 to Software Integration License Agreement | NETSCOUT_015982 | NETSCOUT_015983 | | |
| DX0628 | | Purchase Requisition | NETSCOUT_015984 | NETSCOUT_015984 | | |
| DX0629 | 09/29/11 | SOFTWARE INTEGRATION LICENSE AGREEMENT | NETSCOUT_015985 | NETSCOUT_015985 | | |
| DX0630 | 05/24/11 | Iron Mountain Three-Party Master Depositor Escrow Service Agreement | NETSCOUT_016009 | NETSCOUT_016025 | | |
| DX0631 | | Filename: libnavl.so.4.3.1 | NETSCOUT_016026 | NETSCOUT_016026 | | |
| DX0632 | | Data Sheet: GeoProbe Geo Blade | NETSCOUT_000024 | NETSCOUT_000026 | | |
| DX0633 | | Data Sheet: GeoProbe G10 | NETSCOUT_000027 | NETSCOUT_000028 | | |
| DX0634 | | NGIC–Classification–ASD | NETSCOUT_000038 | NETSCOUT_000038 | | |
| DX0635 | | Source Code | NETSCOUT_004946 | NETSCOUT_005193 | | |
| DX0636 | 07/00/15 | US Product Revenue 07/15 | NETSCOUT_007154 | NETSCOUT_007154 | | |
| DX0637 | | Source Code | NETSCOUT_008994 | NETSCOUT_008994 | | |
| DX0638 | | Source Code | NETSCOUT_010109 | NETSCOUT_010109 | | |
| DX0639 | | Source Code | NETSCOUT_010121 | NETSCOUT_010121 | | |
| DX0640 | | Flow Records Format | NETSCOUT_017741 | NETSCOUT_017741 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0641 | | AAC and DPC | NETSCOUT_017791 | NETSCOUT_017791 | | |
| DX0642 | 10/12/12 | Tektronix letter to Customer re Prosal for GeoProbe Expansion | NETSCOUT_022452 | NETSCOUT_022452 | | |
| DX0643 | | G10 Probe System Features Document Software Version 7.15.2 * [SEALED] | NETSCOUT_028195 | NETSCOUT_028244 | 10/12 | WALDBUSSER |
| DX0644 | 06/26/15 | Iris VoIP/IMS Solution System Features Document Software Version 7.15.2 | NETSCOUT_028655 | NETSCOUT_028655 | | |
| DX0645 | | Transaction Network - Services Request for Proposal: Network Monitoring and Surveillance System Equipment Version 1.5 | NETSCOUT_033505 | NETSCOUT_033555 | | |
| DX0646 | | G10 and GeoBlade Overview | NETSCOUT_108705 | NETSCOUT_108754 | | |
| DX0647 | 05/07/15 | Solution Proposal for Customer Voice and Data Monitoring | NETSCOUT_162983 | NETSCOUT_163026 | | |
| DX0648 | 09/10/15 | TekComms Pricing Overview | NETSCOUT_184726 | NETSCOUT_184738 | | |
| DX0649 | | F-02831 SIP over WebSocket | NETSCOUT_207613 | NETSCOUT_207629 | | |
| DX0650 | | Deep Packet Classification; Visibility to Meet the Challenges of Network Growth | PCKTINT_00034712 | PCKTINT_00034714 | 10/10 | DIETZ |
| DX0651 | | Tektronix Geoprobe Platform | PCKTINT_00034726 | PCKTINT_00034727 | | |
| DX0657 | 07/21/97 | E-mail from R. Dietz to rmonmib@cisco.com | NETSCOUT_256673 | NETSCOUT_256675 | 10/11 | WALDBUSSER |
| DX0658 | July 1999 | draft-dietz-apmmon-mib-00.txt | WALDBUSSER_000 220 | WALDBUSSER_000 269 | | |

| DEF. EXH. NO. | DATE | DESCRIPTION | BEGIN BATES | END BATES | DATE OFFERED | FIRST WITNESS |
|---|---|---|---|---|---|---|
| DX0659 | March 2000 | draft-dietz-tpm-mib-00.txt | WALDBUSSER_000270 | WALDBUSSER_000309 | | |
| DX0660 | 01/12/04 | draft-ietf-rmonmib-tpm-mib-13.txt | WALDBUSSER_001953 | WALDBUSSER_002011 | | |
| DX0661 | 05/22/97 | E-mail from S. Koppenhaver to rmonmib@cisco.com | NETSCOUT_256676 | NETSCOUT_256677 | 10/11 | WALDBUSSER |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |