# Exhibit A

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
 2                    MARSHALL DIVISION

 3   PACKET INTELLIGENCE LLC,        )
                Plaintiff,           )
 4                                   )
     vs.                             ) Case No. 2:16-cv-230-JRG
 5                                   )
     NETSCOUT SYSTEMS, INC.,         )
 6   TEKTRONIX COMMUNICATIONS,       )
     TEKTRONIX TEXAS, LLC,           )
 7              Defendants.          )

 8

 9            *   *   *   *   *   *   *   *   *   *

10                  ATTORNEYS' EYES ONLY

11               ORAL VIDEOTAPED DEPOSITION

12                    KEVIN ALMEROTH

13                    JULY 13, 2017

14            *   *   *   *   *   *   *   *   *   *

15

16      ORAL VIDEOTAPED DEPOSITION OF KEVIN ALMEROTH,

17   produced as a witness at the instance of the Defendants

18   and duly sworn, was taken in the above-styled and

19   numbered cause on July 13, 2017, from 9:19 a.m. to

20   6:44 p.m., before Christy Fagan, CSR, CRR, RMR, TMR,

21   RPR, CLR in and for the State of Texas, reported by

22   computerized stenotype machine at the offices of

23   Skiermont Derby LLP, 2200 Ross Avenue, Suite 4800W,

24   Dallas, Texas, pursuant to the Federal Rules of Civil

25   Procedure.
```

1   you say it's a Packet Intelligence document, it's -- it

2   looks like it's -- unless it's Packet Intelligence

3   characterizing NetScout's products, then it's probably a

4   NetScout document.

5        Q    All right.  So let's assume, though, for the

6   sake of this question that the G10 probes can monitor

7   SS7 networks, okay?

8        A    Okay.

9        Q    Would that product, simply by monitoring an

10  SS7 network, infringe any of the asserted claims?

11            MR. GASSER:  Objection, form.

12       A    When you say "that product," are you referring

13  to one of the accused products or some other product?

14       Q    The accused products.  If an accused G10 was

15  purchased by British Telecom and put into an SS7 legacy

16  network to monitor SS7 communications, would that G10

17  infringe any of the asserted claims?

18            MR. GASSER:  Objection, form.

19       A    So if that product had the functionality that

20  I've identified in the report, as -- as part of what

21  it's doing for classification, either NAVL or any of the

22  other functionality I've pointed to or is typified

23  within the FSB, then it would.

24       Q    Okay.  But would the customer, in this case

25  British Telecom, for example, infringe any of the method

1    claims by using that device in an SS7 network?

2                    MR. GASSER:  Objection, form.

3        A    If in using that device they were executing

4    the code that I had identified for the flow state block,

5    which I would presume they were if they were using one

6    of these products with the version that's been accused,

7    in executing the code that I've identified and it's

8    doing the kinds of classification of flows and then

9    associating them in the way that it's consistent with

10   the Court's construction and providing the analytics

11   that are described, then they would be.

12                   And, presumably, if you have one of those

13   products and it's monitoring SS7 communication, in

14   particular the data portion of an ISDN channel, I

15   believe it would.

16       Q    And would there be deep packet inspection with

17   respect to an SS7 packet?

18                   MR. GASSER:  Objection, form.

19       A    That question doesn't really make sense.

20       Q    Why?

21       A    Well --

22                   MR. GASSER:  Same objection.

23       A    -- you're not really saying what you mean by

24   deep packet classification.  You're asking with respect

25   to a single packet.  It's more of the context of

1    mean, based on what's described in the report, I believe

2    it does.  So, I mean, I'm looking at paragraph 128.

3         Q    Paragraph 128 describes the flow state block,

4    correct?

5         A    It does.

6         Q    So it's a memory for storing a database?

7         A    That's correct.

8         Q    Comprising none or more flow entries.  That's

9    what you say here?

10        A    That's the language of the claim.

11        Q    Okay.  So what's a flow entry?

12        A    A flow entry is -- I mean, it could be a

13   5-tuple, for example.  It's an entry representing a

14   connection.

15        Q    Okay.  And this FSB would store many of these

16   connection information pieces --

17             MR. GASSER:  Objection, form.

18        Q    -- is that correct?

19        A    Typically it would.

20        Q    Okay.  Does that alone meet the conversational

21   flow limitation of the claims --

22             MR. GASSER:  Objection, form.

23        Q    -- being the flow state block?

24             MR. GASSER:  Objection, form.

25        A    When you say the conversational flow

1   requirement of the claims, I'm not sure what you're

2   talking about.

3        Q    Well, all the claims require the ability to

4   identify conversational flows, correct?

5                    MR. GASSER:  Objection, form.

6        A    I -- I don't recall that language being in the

7   claims.

8        Q    Well, all the claims have some reference to

9   conversational flows, correct?

10       A    They do.

11       Q    So would the FSB alone, simply storing

12  connection flows, create conversational flows?

13                   MR. GASSER:  Objection, form.

14       Q    In your opinion.

15                   MR. GASSER:  Same objection.

16       A    It's a little hard to answer that question.

17  It's -- it's kind of cutting the functionality of the

18  accused system into parts and trying to ignore other

19  parts.

20                   If -- if the FSB just stored connections

21  and there was no other kind of analysis so that you

22  could associate connections as flow entries and

23  interrelate those flow entries into conversational flows

24  according to the claims -- the Court's claim

25  construction, I mean, essentially you're suggesting a

1   hypothetical system with no conversational flows, in

2   that instance I don't think there'd be infringement.

3                  MR. WOFSY:  All right.  Why don't we take

4   a break for lunch.

5                  MR. GASSER:  Sure.

6                  VIDEOGRAPHER:  We're off the record.  The

7   time is 12:30 p.m.

8    (A lunch break was taken from 12:30 p.m. to 1:26 p.m.)

9                  VIDEOGRAPHER:  We're on the record.  The

10  time is 1:26 p.m.

11       Q    Welcome back to the second half of our day.

12  Dr. Almeroth, before we left for our lunch break we were

13  talking about the FSB, the flow state block.  Do you

14  recall?

15       A    I do.

16       Q    So, just in general, what does the flow state

17  block do in the accused product?

18                  MR. GASSER:  Object to form.

19       A    I mean, this is paragraph 128 where we talked

20  about -- I'd say in general it's an in memory storage --

21  in memory representation for storing a database

22  comprising the flow entries for the previously

23  encountered conversational flows.

24       Q    So it's your opinion that it stores

25  conversational flows; is that correct?

1          MR. GASSER:  Objection, form.

2      A    Not specifically.  It's storing the flow

3  entries, which I think is required by the claims, and

4  those flow entries are associated with previously

5  encountered conversational flows, as we talked about

6  this morning.

7      Q    So does the flow state block store information

8  about connection flows?

9          MR. GASSER:  Objection, form.

10     A    I believe it does have information about

11  connection flows.

12     Q    And does it have information about

13  conversational flows?

14          MR. GASSER:  Objection, form.

15     A    It has information that can be correlated in a

16  way that associates flows together under the Court's

17  claim construction.

18     Q    And what is that information?

19     A    So I've described some of the examples in the

20  report of what some of the information is.  I think it's

21  generally the information that's available and stored in

22  the flow state block.  I don't have all of the fields

23  memorized, but based on storage and association of

24  information beyond the 5-tuple that's associated with

25  particular flows can then be used to correlate those

1    flows in a way that meets the Court's claim construction

2    and produce analytics upon that based upon that

3    correlation.

4         Q    What would you need to determine what was in a

5    flow record?

6         A    A description of what the flow record is.

7         Q    Have you reviewed any of those documents?

8              MR. GASSER:  Objection, form.

9         A    I believe I have.

10             (Exhibit No. 12 marked.)

11        Q    I'm going to mark as Exhibit No. 12 a document

12   that bears Bates stamps 017741 through 01765 [sic], ask

13   if you can recognize that document?

14        A    Okay.

15        Q    Have you ever seen that document?

16        A    I believe I have.

17        Q    All right.  Did you analyze this document in

18   connection with your analysis of the accused products?

19        A    I believe I did.

20        Q    And does this document provide information for

21   you to determine what information about a connection

22   flow is stored in a flow record?

23        A    It does look to include that information.

24        Q    Okay.  Can you tell me what information in the

25   flow record is used to correlate two connection flows

1    the media element or whether it was something separate,

2    whether it was taking advantage of the media attributes,

3    which I don't think are limited to just the media

4    element, which he also discussed in his deposition.

5              So I think, again, what I'm pointing to

6    are examples of where characteristics of media elements

7    and information contained or relatable from the FSB

8    allows you to associate flow -- flows for particular

9    applications.

10   Q    Okay.  So let's take away the future flow from

11   NAVL, let's take away this web page download and let's

12   strip away this media element aspect.  Without those

13   three features, would the device having a flow state

14   block in it have any means of correlating two or more

15   connection flows contained in a flow state block?

16             MR. GASSER:  Objection, form.

17   A    I believe there would be.  I mean, based on

18   the structures of what's in the FSB, and now we've

19   looked at the document that's Exhibit 12, it's more than

20   just a 5-tuple.

21             If you look at the analytics that are

22   generated that relate flows together and produce

23   information and statistics that require the relation of

24   flows to each other and then the examples that we've

25   since removed that demonstrate that the products were

1    capable of that functionality and were performing that

2    functionality to produce some of the analytics would

3    demonstrate that that information and structure and

4    functionality was in place, even if I haven't analyzed

5    it for every single protocol or application or statistic

6    that can be generated by the system.

7        Q    Well, have you analyzed it for any protocol

8    that could be analyzed by the system?

9                    MR. GASSER:  Objection, form.

10       A    The ones that are all discussed in the report,

11   which you've removed -- you've essentially removed the

12   examples that I -- that I've included from the report

13   from consideration in -- in answering that question,

14   which --

15       Q    Okay.  So how does the core traffic

16   characterization solution correlate two or more

17   connection flows contained in the FSB in the absence of

18   any of the three features that I've removed, in your

19   opinion?

20       A    It works in the same way.  It uses information

21   from the FSB or that can be correlated with the FSB to

22   generate analytics and statistics that are part of the

23   core functionality.  I mean, the ones that I focused on

24   are, you know, whether they're optional or not,

25   demonstrate particular ways that you can get from

1    individual flows into a correlation of flows that meets

2    the Court's claim construction to produce statistics

3    that would be useful and/or advertised as part of what

4    the accused products can produce.

5        Q    What is it about statistics that makes you

6    believe that there is a correlation between two or more

7    connection flows?

8        A    Well, when you -- some of these examples are

9    included in the report, but when you can look at, for

10   example, the traffic consumed by watching a particular

11   application like Netflix, it's a combination of the RTSP

12   and the RTP traffic associated with that particular

13   application.

14            Similar for applications like Vonage and

15   voice over IP and the use of SIP in combination with RTP

16   channels.  Those are applications that in order to

17   service a particular request or establish a service

18   require communication consisting of multiple protocols

19   that would be stored separately as part of the flow

20   state block as separate entries and then correlated

21   together based on the analysis that's specific to the

22   application or the protocols or the way that -- that

23   they interact.

24       Q    And did you provide any of this information

25   that you just spoke about in your report?

1       A    Well, I provided the examples.  I mean, I talk

2    about RTP, I talk about RTSP, particular applications

3    like Facetime and Vonage and T-Mobile.  Some of the

4    examples I gave were potentially for optionals --

5    features, but it's that same kind of analysis that's --

6    that's described as part of the kinds of classification

7    that's core to the accused product.

8       Q    Can you show me in your report where it is

9    that you provide your opinion that the core traffic

10   characterization solution can correlate two or more

11   connection flows to one another?

12                   MR. GASSER:  Objection, form.

13                   MR. WOFSY:  What's wrong with that

14   question?

15                   MR. GASSER:  Asked and answered.

16                   MR. WOFSY:  I have not asked that

17   question.

18      Q    You can answer it.

19      A    I think I've talked about the structure of the

20   report previously, how it talks about something of an

21   overview, what the infringing instrumentalities are, how

22   they work, sort of what happens from the time packets

23   arrive to how they're processed to how to go into the

24   FSB, some examples of applications.

25                   I've done it in the context of particular

Kevin Almeroth
July 13, 2017                                                    137

1    patents and claims, and then there's the charts that

2    also work through I think that the language that says

3    this is the way that the system works and, for example,

4    you have applications that constitute these protocols

5    and work as follows is -- is exactly that description.

6         Q    So in October when you and I are sitting in

7    Marshall, Texas in a courtroom and you're on the stand

8    and I'm talking to you while you're on the stand or one

9    of my colleagues is talking to you on the stand and you

10   will be speaking before a jury, and you're asked the

11   question "How does the core traffic characterization

12   solution operate to correlate two connection flows

13   stored in the FSB," what is your answer to the jury?

14        A    So my answer will be to describe the process

15   of how the flow entries are first created, what some of

16   the information in the flow entries might be to describe

17   how those flow entries can ultimately be analyzed to

18   generate statistics that demonstrate that there's a

19   correlation between flows that takes place and then

20   identify examples of the way that it works for certain

21   applications and show that that functionality is

22   consistent across different protocols and different

23   applications in the accused products.

24        Q    And when I ask you then like I asked you

25   earlier "Without the three optional features, how will

1    the core traffic characterization solution correlate two

2    connection flows stored in the FSB," what will you tell

3    the jury?

4                    MR. GASSER:  Objection, form.

5        A    Using the same techniques as the examples that

6    I've talked about, using the same type of information

7    that I've talked about generating the same classes of

8    analytics, the same outputs, the same structure of

9    information and that because there are so many different

10   protocols, each one will work in different ways.

11                   But it's clear, based on the way

12   information is stored, what information is stored and

13   the kinds of results that are produced, that there is a

14   correlation of flows that meets the Court's claim

15   construction for these different instances of protocols

16   and applications.

17       Q    So you mentioned that there are analytics that

18   produce these correlations and statistics, correct?

19       A    Yes.

20       Q    What are those analytics?

21       A    So those are described in, for example,

22   paragraph 106 where it talks about some of the different

23   functionality and the different products.  RTP is

24   mentioned there, some of the AAC and DPC functionality.

25   SIP is mentioned there.  I mean, there's a whole host of

1   documents that talk about the kinds of analytics and

2   results that can be produced in the accused products.

3        Q    So in paragraph 107, right below the paragraph

4   106 that you just talked about, it says "NetScout also

5   requires that customers select, in conjunction with

6   their purchase of a GeoProbe solution, certain

7   usage-based options or bundles.  See cites immediately

8   above."

9             So let's say I'm a poor customer and I

10  don't have a lot of money to spend on a G10 with all the

11  bells and whistles and all I want is the Chevrolet

12  version.  I don't want the Cadillac or the Mercedes-Benz

13  version of a G10.

14       A    Okay.

15       Q    How is my Chevrolet version of a G10 without

16  any of these options; no heated seats, no heated

17  mirrors, nothing like that, how is that device going to

18  correlate two connection flows contained in the FSB?

19             MR. GASSER:  Objection, form.

20       A    Exactly the same way.

21       Q    How?

22       A    By using information that's stored in the FSB,

23  correlating those based on information that's specific

24  to the particular protocols and generating the analytics

25  that would report on those protocols.

Kevin Almeroth
July 13, 2017                                                    163

1   two different connection flows contained in the FSB,

2   what are you going to tell the jury?

3                  MR. GASSER:  Objection, form.

4       A    Well, I would look at that document, ask you

5   to provide it and then go through and describe what's in

6   that document and provide the same kind of response as

7   to how the accused products work with respect to

8   receiving packets on the one end and producing results

9   on the other end.

10      Q    What are those results?

11      A    Those are the various analytics I've talked

12  about.  I've included some specific examples and then

13  referenced documents and analysis tools that include

14  other examples.

15      Q    And do these analytics require -- well, how

16  many servers and how many clients does it require,

17  client devices?

18                 MR. GASSER:  Objection, form.

19      A    I don't understand the question.

20      Q    Well, does it -- is it analytics with respect

21  to connection flows from a single server client pair?

22                 MR. GASSER:  Objection, form.

23      A    In some instances I don't know that it's

24  limited to single client connection pairs.  For example,

25  in the web page download time, a web page can be

```
 1   composed of multiple client server pairs as you've

 2   described, and those would be related as well.  So

 3   there -- I mean, that's an example where it doesn't have

 4   to be through the same number of client server pairs.

 5        Q    And where in the source code does it show how

 6   that web page download time correlates those multiple

 7   connection flows?

 8        A    Oh, I don't remember where in the source code

 9   it is.  I mean, I've -- they're principally relied-on

10   documents.  I mean, I think that describes pretty

11   clearly how the functionality works.

12        Q    Which documents are those?

13        A    The ones I've cited to in my report.

14        Q    And have you cited to any source code, though,

15   that implements what's discussed in those documents?

16        A    Not that I recall.  I think the report speaks

17   for itself.  I think those documents are sufficient to

18   demonstrate how that functionality works and, based on

19   those documents and my understanding of how it worked,

20   it was sufficient to conclude that that was an example

21   of where individual flows had been associated with each

22   other under the requirements of the Court's claim

23   construction to meet the limitations of the claim.

24        Q    So you've been talking a lot about flows.

25   What's a flow, in your view?
```

1              MR. GASSER:  Objection, form.

2       A    Well, in the context of what I've looked at

3   here, it's principally a 5-tuple, and usually associated

4   with a flow in the 5-tuple is information about the

5   flow.

6       Q    Let's turn to paragraph 74 of your report of

7   Exhibit No. 2.

8       A    Okay.

9       Q    It says under paragraph 74 "The Package

10  Intelligence Patents note that 'prior art packet

11  monitors classify packets into connection flows.'"  Do

12  you see that?

13      A    I do.

14      Q    Earlier today I asked you about whether you

15  are aware of prior art packet monitors that classified

16  connection flows and you mentioned only something about

17  Wireshark, correct?

18              MR. GASSER:  Objection, form.

19      A    No.

20      Q    Well, you said Wireshark was a packet . . .

21      A    Capture.

22      Q    Capture.  So what are the prior art packet

23  monitors that are referred to here in these sort of

24  patents?

25              MR. GASSER:  Objection, form.

1    database comprises none or more flow entries.  And that

2    statement is consistent with the Court's construction of

3    a flow-entry database, which is a database configured to

4    store entries where each entry describes a flow.

5              I mean, the Court's construction does not

6    say for flow-entry database that the database needs to

7    constore -- needs to store conversational flows.  And,

8    in fact, I think that that was NetScout's proposed

9    construction to the Court, and the Court did not choose

10   that construction.

11             And so what we're left with is a set of

12   claims that require in some instances a flow-entry

13   database and require flow entries for previously

14   encountered conversational flows.

15             But the mechanism between the claim

16   language and what I'm describing here is specific to

17   particular claims about what that relationship is.

18        Q    All right.  Let's turn to claim 1C of the '789

19   patent.

20        A    Okay.

21        Q    It says "looking up a flow-entry database

22   comprising none or more flow-entries for previously

23   encountered conversational flows."

24        A    I see that.

25        Q    If there was a previously encountered

1   conversational flow with more than one connection, how

2   would I look it up in the accused device?

3                   MR. GASSER:  Objection, form.

4        A    How you look up what?  What are you trying to

5   look up?

6        Q    Well, would there -- how do -- how does the

7   accused device store flow entries for multiple

8   connection flows?

9        A    I -- I think your question is misformed.

10       Q    Does the accused device store flow entries for

11  multiple connection flows?

12                  MR. GASSER:  Objection, form.

13       Q    In your opinion?

14       A    You're using this term multi-connection flows.

15  I'm not sure what a multi-connection flow is.  You

16  might -- you might mean a conversational flow or

17  multi-connection conversational flow?

18       Q    Yes.  Multi-connection conversational flow,

19  exactly.

20       A    Okay.  It would store those as flow entries,

21  as separate flow entries.  And then through either the

22  information associated with the flow entry or based on

23  additional information that can be accessed based on

24  that flow entry, then it can correlate those flow

25  entries according to the requirements of the Court's

1    claim construction.

2       Q    All right.  Can you show me in the source code

3    that you're referencing here with respect to element 1C

4    how the accused G10 performed step 1C?

5                MR. GASSER:  Objection, form.

6       A    So let me divide it into two parts.  The first

7    part is looking up a flow entry in a database and using

8    some of at least the selected packet portions, and if

9    the packet portions are identified with a new flow

10   entry.  Oh.  Sorry.  I was reading different parts of

11   different limitations by accident.

12               So "looking at the flow-entry database

13   comprising none or more flow-entries for previously

14   encountered conversational flows, the looking up using

15   at least some of the selected packet portions and

16   determining if the packet is of an existing flow."

17               So there's -- there's kind of the -- the

18   packet lookup process.  There is the understanding that

19   within the flow-entry database are flows and then

20   there's the portion that those flows comprise -- or,

21   sorry, that the flow entries are for previously

22   encountered conversational flows.

23               If you want to walk through the code for

24   how you do the lookup of packets and packet information

25   with respect to the FSB, I think it's in the source

1  code.  We've talked about it.

2              I suspect you're more asking about how

3  that happens with respect to previously encountered

4  conversational flows that the flow entries that have

5  been previously encountered can be related to other

6  flows through the analytics process.

7              There -- there isn't a requirement, as I

8  see it in the claim, where the flow-entry database has

9  to include some sort of indication that a particular

10  flow entry is related to a conversational flow.

11              And, again, I think that's -- that's

12  essentially what NetScout proposed to the Court as the

13  correct construction and the Court said that doesn't

14  have to be in the flow-entry database.  So most of what

15  C -- that you need to meet C is to show that you have a

16  flow-entry database, that you're able to look up entries

17  based on the packet portions, and then the relationship

18  to the conversational flow is to demonstrate that those

19  flow entries can be related to flow -- to conversational

20  flows.  And I've done that based on the examples I've

21  described and the analytics that can be produced.

22      Q    And those examples are the web page download

23  feature, the media flow feature and the future flow

24  feature, correct?

25      A    Those were the examples I've talked about, how

1    disjointed flows.  But, again, it depends on in what

2    context and what kind of system.  Are you talking about

3    a system that does monitoring, are you describing a

4    monitoring system that's keeping 5-tuples, how is it

5    working?  It -- it depends.

6                    I mean, different systems work in

7    different ways, and, ultimately, if you look at what

8    Dr. Waldbusser has pointed to, it's -- it's not keeping

9    disjointed flows, it's keeping essentially a single flow

10   and replacing port numbers.

11                   And so it -- saying that they're

12   disjointed flows or that they're conversational flows,

13   it's almost like a hypothetical.  This is really just a

14   -- an exchange of messages.

15       Q    How does the invention of the asserted patents

16   monitor the disjointed flows of a Sun RPC exchange?

17                   MR. GASSER:  Objection, form.

18       A    You asked how does the patent.  I mean, there

19   might be an example within the specification for Sun RPC

20   that -- that describes an example.  I'm not sure if it's

21   this same kind of communication exchange.  We referenced

22   it a little bit in columns 30 through 34, but,

23   ultimately, with respect to how Sun RPC could be handled

24   by a system and still meet the requirements of the claim

25   is -- depends on the claim, depends on the system,

1  depends on how it operates.

2      Q    All right.  Can you -- can you give me an

3  example whereby a Sun RPC that has disjointed connection

4  flows can be monitored by the device described in the

5  '789 patent?

6              MR. GASSER:  Objection, form.

7      A    I mean, it would depend.  You're essentially

8  asking for me to design a system on the fly.  I mean,

9  maybe as context we could use the accused products and

10  in the context of how it would analyze particular flows,

11  look at the ports, determine additional information

12  about what kinds of protocols or applications were being

13  used, and if there was some sort of analytics that

14  attempted to correlate the two different 5-tuples

15  together and characterize those as a conversational flow

16  according to the Court's claim construction, I mean,

17  that could be an example.

18      Q    So it would require some kind of analytic to

19  do it?

20              MR. GASSER:  Objection, form.

21      A    Not necessarily.  I was giving you one

22  example.  My example wasn't intended to be the

23  definitive list of requirements that would have to be

24  met in order for the limitations to be met.

25      Q    But you do agree that a Sun RPC exchange with

1  two disjointed flows, each of those flows has a separate

2  5-tuple?  Is that your understanding?

3      A    Maybe.  It depends on -- on whether you're

4  talking about an analysis of the protocol and the

5  context of a particular system.  You could have a system

6  that creates separate 5-tuples, you could have a system

7  that creates one 5-tuple and simply replaces the port

8  number and maintains, essentially, a single flow.

9            That -- that second example is more

10  consistent with the systems Dr. Waldbusser had pointed

11  to in his invalidity allegations, and I think that for

12  the reasons I've identified in that -- in my report,

13  that that would meet limitations of the claims.

14      Q    How does the example in the patent address an

15  RPC, the example that's in columns 30 through 34 of the

16  '789?

17      A    I'd have to go through and look at it to see

18  what it's saying.  I mean, it's got one --

19  two-and-a-half pages of details about how it works.

20  I -- I haven't -- I haven't memorized the details sort

21  of well enough to -- to tell you off the top of my head.

22      Q    All right.  How about looking at Figure 2?

23  Does that help?

24      A    No.

25      Q    The patent says at column 32, line 38 that

```
 1                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF TEXAS
 2                           MARSHALL DIVISION

 3    PACKET INTELLIGENCE LLC,          )
               Plaintiff,               )
 4                                      )
      vs.                               ) Case No. 2:16-cv-230-JRG
 5                                      )
      NETSCOUT SYSTEMS, INC.,           )
 6    TEKTRONIX COMMUNICATIONS,         )
      TEKTRONIX TEXAS, LLC,             )
 7             Defendant.               )

 8

 9                       REPORTER'S CERTIFICATE
                        ATTORNEYS' EYES ONLY
10          ORAL VIDEOTAPED DEPOSITION OF KEVIN ALMEROTH
                            JULY 13, 2017
11

12         I, Christy Fagan, CSR, CRR, RMR, TMR, RPR, CLR,

13    Certified Shorthand Reporter in and for the State of

14    Texas, hereby certify to the following:

15         That the witness, KEVIN ALMEROTH, was duly sworn

16    and that the transcript of the deposition is a true

17    record of the testimony given by the witness;

18         I further certify that pursuant to FRCP Rule

19    30(f)(1) that the signature of the deponent:

20         _____ was requested by the deponent or a party

21    before the completion of the deposition and is to be

22    returned within 30 days from date of receipt of the

23    transcript.  If returned, the attached Changes and

24    Signature Pages contain any changes and the reasons

25    therefor;
```

1        _____ was not requested by the deponent or a party

2    before the completion of the deposition.

3        That pursuant to information given to the

4    deposition officer at the time said testimony was taken,

5    the following includes all parties of record and the

6    amount of time used by each party at the time of the

7    deposition:

8    FOR THE PLAINTIFF:

9            Mr. Alexander Gasser
             Skiermont Derby, LLP
10           2200 Ross Avenue
             Suite 4800W
11           Dallas, Texas 75201
             (214) 978-6600
12           agasser@skiermontderby.com

13   FOR THE DEFENDANT:

14           Mr. Scott D. Wofsy (6 hours 52 minutes)
             Mr. Christopher Capelli
15           Locke Lord LLP
             2200 Ross Avenue
16           Suite 2800
             Dallas, Texas 75201
17           (214) 740-8441
             (214) 741-8800 Fax
18           scott.wofsy@lockelord.com
             Christopher.Capelli@lockelord.com
19
             Mr. Michael Lyons
20           Mr. Michael Carr (via telephone)
             Mr. Ahren Hoffman (via telephone)
21           Mr. W. Scott Tester (via telephone)
             Morgan, Lewis & Bockius, LLP
22           1400 Page Mill Road
             Palo Alto, California 94304
23           (650) 843-7568
             (650) 843-4001 Fax
24           michael.lyons@morganlewis.com
             michael.carr@morganlewis.com
25           ahren.hsu-hoffman@morganlewis.com
             scott.tester@morganlewis.com

1       That $_____ is the deposition officer's charges

2  to the Defendant for preparing the original deposition

3  and any copies of exhibits.

4       I further certify that I am neither counsel for,

5  related to, nor employed by any of the parties in the

6  action in which this proceeding was taken, and further

7  that I am not financially or otherwise interested in the

8  outcome of this action.

9       Certified to by me on this _____ day of

10  _____, _____.

11

12

13

14

15  _____

16  Christy Fagan, CSR, CRR, RMR, TMR, RPR, CLR
    Texas CSR 5459
    Expiration:  12/31/18
17  U.S. Legal Support
    5910 N. Central Expressway
18  Suite 100
    Dallas, Texas 75206
19  (214) 741-6001
    (214) 741-6824 Fax

20

21

22

23

24

25