# Exhibit B

RESTRICTED – ATTORNEYS' EYES ONLY / RESTRICTED CONFIDENTIAL SOURCE CODE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PACKET INTELLIGENCE LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>NETSCOUT SYSTEMS, INC., TEKTRONIX COMMUNICATIONS, and TEKTRONIX TEXAS, LLC<br><br><br>　　　　Defendants. | Civil Action No. 2:16-CV-00230<br>(Lead Case) |
| PACKET INTELLIGENCE LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>SANDVINE CORPORATION, and SANDVINE INCORPORATED ULC,<br><br><br>　　　　Defendants. | Civil Action No. 2:16-CV-00147<br>(Consolidated Case) |

**EXPERT REPORT OF DR. KEVIN C. ALMEROTH REGARDING NETSCOUT'S INFRINGEMENT OF PACKET INTELLIGENCE'S PATENTS: U.S. PATENT NOS. 6,665,725, 6,839,751, AND 6,954,789**

<u>**RESTRICTED – ATTORNEYS' EYES ONLY**</u>

<u>**RESTRICTED CONFIDENTIAL SOURCE CODE**</u>

1

destination, a new DLL protocol header is added-this one specific to the new medium the packet is to traverse. This process is repeated for each hop along the path from a source to a destination.

67. As mentioned above, while the stack concept is a popular metaphor to help understand how network communication occurs, no reference model is perfect, and each serves as a guideline. Protocols, for example, may perform functions of other layers in violation of a particular reference model, and still be accepted as valid protocols. Even in these cases, the abstraction provided by the general principle of layering and abstraction are sufficient to enable data transmission to take place successfully.

68. In client/server based architectures that use a particular protocol to support a specific application, the protocol is usually implemented in both the client and the server. Thus, for example, there is an HTTP client (i.e., a web browser) and an HTTP server. The client and server communicate over the network using additional protocols focused on the actual delivery of data.

### B. Background of Packet Inspection Technology

69. Prior to the inventions described in the Patents-in-suit, "the growth of networks used as a collection of clients obtaining services from one or more servers on the network" made it "increasingly important to be able to monitor the use of those services and to rate them accordingly. '789 patent at Col. 1:59-63. "[O]bjective information, for example, as which services (i.e., application programs) are being used, who is using them, how often they have been accessed, and for how long is very useful in the maintenance and continued operation of these networks." *Id.* at Col. 1:63-67.

70. The Packet Intelligence Patents describe the challenges presented by prior art monitoring techniques. The prior art methods described in the patents-in-suit include using log files, monitors limited to providing network layer level information, pattern-matching parser

21

techniques, and other prior art packet monitors that classify packets into connection flows, but not conversational flows. *See id.* at Col. 2:6-3:30.

71.  The use of log files refers to analyzing "selected network activities" retrospectively from log files on servers and gate ways. *Id.* at Col. 2:6-9. However, this method "does not provide a map of real-time usage;" nor does it "supply complete information." *Id.* at Col. 2:11-24.

72.  The intrinsic record of the patents-in-suit notes that though certain network monitors – in particular Netflow® of Cisco Systems and RMON2 monitors – "are available for the real-time monitoring of networks, they lack visibility into application content and are typically limited to providing network layer level information." *Id.* at Col. 2:32-37.

73.  The use of "pattern-matching parser techniques" is described in the patents-in-suit as "wherein a packet is parsed and pattern filters are applied are also known." *Id.* at Col. 2:38-41. However, "these too are limited in how deep into the protocol stack they can examine packets." *Id.*

74.  The Packet Intelligence Patents note that "prior art packet monitors classify packets into connection flows;" a term used to "describe all the packets involved with a single connection." *Id.* at Col. 2:42-56. Such monitors were unable to identify and classify "conversational flows" with multiple connections, as described in the intrinsic record of the Packet Intelligence Patents. The patents-in-suit provide examples of protocols that could result in disjointed flows under the prior art techniques. *Id.* at Col. 2:57-3:30.

### C. Background and Importance of the Packet Intelligence Patents

#### 1. Overview of the Packet Intelligence Patents

75.  U.S. Provisional Application No. 60/141,093 (the "'093 Provisional"), entitled "Method and Apparatus for Monitoring Traffic in a Network" was filed on June 30, 1999. The

22

named inventors of the '093 Provision are Russel S. Dietz, Joseph R. Maixner, Andrew A. Koppenhaver, William H. Bares, and Haig A. Sarkissian.

76. U.S. Patent No. 6,665,725 (the "'725 patent"), entitled "Processing Protocol Specific Information in Packets Specified by a Protocol Description Language," was filed June 30, 2000 as U.S. Patent Application No. 09/609,179. The named inventors of the '725 patent are Russell S. Dietz, Andrew A. Koppenhaver, and James F. Torgerson. The '725 patent claims priority to the '093 Provisional. In addition, the '725 states that it is related to and incorporates by reference U.S. App. No. 09/608,237 (now U.S. Patent No. 6,651,099 ("the '099 patent")). *See* '725 at Col. 1:5-37, Col. 2:21-30.

77. U.S. Patent No. 6,839,751 (the "'751 patent"), entitled "Re-Using Information from Data Transactions for Maintaining Statistics in Network Monitoring," was filed June 30, 2000 as U.S. Patent Application No. 09/608,126. The named inventors of the '751 patent are Russell S. Dietz, Joseph R. Maixner, and Andrew A. Koppenhaver. The '751 patent claims priority to the '093 Provisional. In addition, the '751 patent is related to and incorporates by reference the '099 patent. *See* '751 at Col. 1:5-35, Col. 2:11-20.

78. U.S. Patent No. 6,954,789 (the "'789 patent"), entitled Method and Apparatus for Monitoring Traffic in a Network," was filed October 14, 2003 as U.S. Patent Application No. 10/684,776. The named inventors of the '789 patent are Russell S. Dietz, Joseph R. Maixner, Andrew A. Koppenhaver, William H. Bares, Haig A. Sarkissian, and James F. Torgerson. The '789 patent is a continuation of U.S. Patent Application No. 09/608,347, filed June 30, 2000, which issued as the '099 patent. Further, the '789 patent also claims priority to the '093 Provisional.

79. The following were also filed on June 30, 2000 and claim priority to the '093 Provisional, but are not presently asserted in the pending litigations: U.S. Patent Nos. 6,651,099; 6,771,646; and 6,789,116.

## 2. Overview of the Disclosed Invention

80. The Packet Intelligence Patents are generally directed to classifying and monitoring network traffic. Traffic classification involves detecting the underlying protocols used to construct a data packet, as well as the applications or user activity responsible for generating network traffic. Traffic monitoring involves identifying the underlying protocols/applications of a flow along with recording traffic statistics. Such classification and monitoring provide network administrators with detailed information about their networks, which can be used to diagnose network problems, control bandwidth allocation, and ensure an appropriate quality of service for users.

81. One of the problems that the Patentees desired to solve concerns disjointed flows. Prior art monitors were able to keep track of connection flows. A "flow" is "a stream of packets being exchanged between any two addresses in the network." '789 Patent[1] at Col. 12:11-12. A "connection flow" is "all the packets involved with a single connection." *Id*. at Col. 2:43-45. The problem with only tracking connection flows is that certain applications and protocols may generate multiple connections. In other words, a single application may spawn multiple connections for a single activity.

---

[1] As mentioned above, the specifications are overlapping and incorporate one another by reference. Therefore, in this section I only provide references to the '789 patent specification. However, as noted above, the '789 patent is a continuation of the '099 patent meaning they share a common specification. Further, the '751 and '725 patents both incorporate the '099 patent by reference meaning the '099 specification is part of the intrinsic record of both the '751 and '725 patents.

24

82. According to the the Patentees: "[i]n order to eliminate the possibility of disjointed conversational exchanges, it is desirable for a network packet monitor to be able to 'virtually concatenate'—that is, to link—the first exchange with the second. If the clients were the same, the two packet exchanges would then be correctly identified as being part of the same conversational flow." *Id*. at Col. 3:9-14.

83. According to the Patentees, a "conversational flow" is "the sequence of packets that are exchanged in any direction as a result of an activity—for instance, the running of an application on a server as requested by a client" and some "conversational flows involve more than one connection, and some even involve more than one exchange of packets between a client and server." [2] '789 Patent at Col. 2:45-53. One aspect that "distinguishes this invention from prior art network monitors is that it has the ability to recognize disjointed flows as belonging to the same conversational flow." *Id*. at Col. 3:56-59. Conversational flows are established, in part, by the invention's "capabil[ity] of examining up to whatever level is sufficient to uniquely identify to a required level, even all of the way to the application level (in the OSI model)." *Id*. at Col. 4:20-23.

### 3. Overview of Conversational Flow Classification Process

84. Figure 3 from the patents-in-suit depicts "a functional block diagram of a process embodiment of the present invention that can operate as the packet monitor…":

---

[2] The parties and the Court have adopted virtually the exact same definition of "conversational flow": "the sequence of packets that are exchanged in any direction as a result of an activity—for instance, the running of an application on a server as requested by a client—and where some conversational flows involve more than one connection, and some even involve more than one exchange of packets between a client and server." D.I. 66 at p. 6.

25

RESTRICTED – ATTORNEYS' EYES ONLY / RESTRICTED CONFIDENTIAL SOURCE CODE



'789 Patent at Col. 7:57-60.

85.     The monitor described examines network traffic passing a connection point in a network. '789 Patent at Col. Abstract, 5:18-21. The monitor receives packets from a network and passes them to a

> parser subsystem 301 [that] examines the packets using pattern recognition process 304 that parses the packet and determines the protocol types and associated headers for each protocol layer that exists in the packet 302. An extraction process 306 in parser subsystem 301 extracts characteristic portions (signature information) from the packet 302. Both the pattern information for parsing and the related extraction operations, e.g., extraction masks, are supplied from a parsing-pattern-structures and extraction-operations database (parsing/extractions database) 308 filled by the compiler and optimizer 310.

*Id*. at Col. 12:19-29.

RESTRICTED – ATTORNEYS' EYES ONLY / RESTRICTED CONFIDENTIAL SOURCE CODE

86. The information from the parser sub-system is passed to an analyzer sub-system where the information extracted by the parser is compared to "an internal data store of records of known flows that the system has already encountered, and decides (in 316) whether or not this particular packet belongs to a known flow as indicated by the presence of a flow-entry matching this flow in a database of known flows 324. A record in database 324 is associated with each encountered flow." '789 Patent at Col. 13:60-67.

87. As seen in Figure 3, above, the analyzer sub-system contains an extensive flow chart for processing extracted packet information. According to the Patentees:

> [P]ackets may need to be examined before the conversational flow can be identified as being associated with the application program. Typically, monitor 108 is simultaneously also in partial completion of identifying other packet exchanges that are parts of conversational flows associated with other applications. One aspect of monitor 108 is its ability to maintain the state of a flow. The state of a flow is an indication of all previous events in the flow that lead to recognition of the content of all the protocol levels, e.g., the ISO model protocol levels.

'789 Patent at Col. 10:31-40.

88. Included in the analyzer sub-system is a state processor database 326, which provides information regarding "the different states and state transitions that occur in different conversational flows, and the state operations that need to be performed (e.g., patterns that need to be examined and new signatures that need to be built) during any state of a conversational flow to further the task of analyzing the conversational flow." '789 Patent at Col. 12:55-62. The state processor database provides information to the state processor 328 which

> analyzes both new and existing flows in order to analyze all levels of the protocol stack, ultimately classifying the flows by application (level 7 in the ISO model). It does this by proceeding from state-to-state based on predefined state transition

27

> rules and state operations as specified in state processor instruction database **326.** A state transition rule is a rule typically containing a test followed by the next-state to proceed to if the test result is true…The state processor goes through each rule and each state process until the test is true, or there are no more tests to perform.

*Id*. Col. 15:1-14.

89.     The analysis of extracted packet information continues in the analyzer sub-system where additional state operations are applied to the packet

> until all those operations are completed that is, there are no more operations for this packet in this state. A process 332 decides if there are further states to be analyzed for this type of flow according to the state of the flow and the protocol, in order to fully characterize the flow. If not, the conversational flow has now been fully characterized and a process 334 finalizes the classification of the conversational flow for the flow.

'789 Patent at Col. 15:39-48. "Once a particular set of state transitions has been traversed for the first time and ends in a final state, a short-cut recognition pattern—a signature—can be generated that will key on every new incoming packet that relates to the conversational flow." *Id*. at Col. 16:28-33.

90.     If the packet is part of an existing flow, the monitor determines from a flow entry database if any further processing of the packet is required to classify the flow. If not, one or more statistics related to the packet in a flow-entry database are updated, and the packet is released to the network. '789 Patent at Col. 14:54-61, 6:51-7:18. If the state of protocol identification stored in the flow entry indicates further processing is required, parsing and state processor operations are performed on the packet to elucidate and identify the "application program content of the packet involved in the client/server conversational flow." *Id*. at Col. 6:42-46, 14:63-67. The new state is recorded, and one or more statistics for the flow are updated. *Id*. at

28

Col. 14:54-67, 6:65-7:5. If the packet indicates that a new flow is created that relates to an existing flow, signatures are built to recognize the new packets as part of a conversational flow. *Id*. at Col. 16:7-26, 30:1-14.

91.     One of the many advantages of the invention is described as "[p]roperly analyzing each of the packets exchanged between a client and a server and maintaining information relevant to the current state of each of these conversational flows." '789 Patent at Col. 5:2-5. The use of the term "state" in this context refers to the last known step in the process of identifying the application layer protocol through the analysis of packets belonging to a flow, as well as any continued monitoring required of an identified protocol to identify other established connections that belong to the same conversational flow. *Id*. at Col. 6:58-62, 10:31-43, 10:55-67. Note that connection flows include packets exchanged in both directions of the connection.

### 4.     Benefits of Conversational Flows

92.     The Patentees said that "[i]t is desirable to be able to identify and classify conversational flows rather than only connection flows." '789 Patent at Col. 2:48-49. The ability to relate separate connection flows into conversational flows provides many benefits.

93.     The first benefit is the enablement of stateful firewalls. In a stateful firewall, all unassigned ports can normally be closed to all traffic and opened only for connection flows that are authorized to enter the network, such as when traffic is identified as part of a current conversational flow. In prior art firewalls, ports were either always open or always closed, or, alternatively, were normally closed but opened dynamically only for outside packets that were responsive to a connection flow that was initiated from inside the firewall. The implementation of conversational flow recognition allows more flexible and effective stateful firewall operations, thereby permitting network operators greater flexibility in configuring network security policies.

29

94. A second benefit of relating connection flows into conversational flows is more robust understanding of the quality of service ("QoS") and bandwidth usage of a multiple connection flow application, such as an audio-video stream or a web browser based application such as Facebook. Additionally, understanding the ultimate application also enables special business models that, for instance, (1) exclude certain network traffic from data limit usage; (2) permit bandwidth throttling of certain applications, such as peer to peer services; and (3) restrict users from accessing certain web browser applications at specific times while simultaneously allowing other web browser applications to be used during those times (for instance no Facebook usage during working hours).

95. An example of activity that could lead to a multi-connection flow is a streaming media session, which can consist of an RTSP (Real Time Streaming Protocol) channel, one or more RTP (Real-time Transport Protocol) channels, and an RTCP (RTP Control Protocol) channel. Each of these separate connection flows relates to one another as a conversational flow by the invention. The analysis process disclosed in the '789 patent allows network monitors to identify protocols that do not utilize standardized ports because state processing operations are not limited to processing just port and address information. Instead, a description of how a protocol can be recognized across a series of packets is disclosed by creating a set of state operations and related packet parser instructions, which use the last known state of the identification of the flow to fetch instructions for the parser subsystem and the state operations processor. '789 Patent at Col. 6:51-7:18, 10:16-40, 10:55-11:34, 14:63-67. These instructions further implement application layer protocol identification and allow the monitor to observe protocols that indicate that new flows are related to an existing conversational flow.