# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

*PACKET INTELLIGENCE LLC,*
*Plaintiff,*

*v.*

*NETSCOUT SYSTEMS, INC.,*
*TEKTRONIX COMMUNICATIONS, and TEKTRONIX TEXAS, LLC*
*Defendants.*

# Russell Dietz

Civil Action No. 2:16-CV-00230

1

# How Devices Communicate: Conversational Flow

